# EXHIBIT 1

Page: 1 Document Name: untitled

```
C2AD160            Credit Protection Association, LP        Date : 06-16-2011
                   Debtor Master File Inquiry - 1 of 2      Time : 11:40:12
Client: 01 - 815071 COMCAST                    Mult: 302 Setup: 04-28-1999
Acct:        197581-7 - 00          Numb Debts: 1      CPA Ref: 1577618554
Name: SHERONE    JOHNSON          Status Cd : EXP     Location: ACTIVE
Firm:                             Source Cd :         Notes: Y  CSR: 88
Bill: ████████████████            For Name..:
Addr: █████████████               Phone #..: ( 000 ) ████████  Invalid:
CSZ :                             SS Number : 000000000       Integrated:
Addr Chg:     Bad Addr Dt:        DL Number :                 ERS Code:
Orig: 607 WATERWAY VILLAG                                     AIM Acct:
Addr:                                          Original      Current
CSZ : WEST PALM BEACH  FL 33413   Item Cnt:
Submit Dte: 02-19-2010  Hold Dte....:         Item Amt:           .00        .00
Closed Dte: 06-29-2010  Wait Dte....: 12-16-2010  Serv Amt:    239.53     239.53
Letter #..:      6178   Spec Ltr #..:        Coll Fee:           .00        .00
Letter Dte: 12-16-2010  Spec Ltr Dte:        Subm Amt:        239.53     239.53
Strategy #:        80   Disc Dte....: 12-23-2009  Retn Chg:     .00        .00
Strategy Line:   1050   # of Letters Sent: 10   Paid Amt:                   .00
Cr Bureau Approved:  Y                         Balance :                 239.53

Command:
  F1=Help     F3=Menu    F4=Prev Scrn   F5=Dif Debtor   F6=CMD   F8=DB2    F9=SEL
              F14=NOT    F16=MIS    F17=PMT    F18=DBS    F19=HIS
```

Date: 6/16/2011 Time: 11:49:04 AM

CPA000001

Page: 1 Document Name: untitled

```
C2AD180              Credit Protection Association, LP        Date: 06-16-2011
                       Debtor History File Inquiry            Time: 11:40:20
Bustype/Client: 01  815071  COMCAST
Acct:         197581-7  - 00   CPA Ref:  1577618554
Name: SHERONE   JOHNSON          Firm:
```

| Date | CD | Description | Lettr Nbr | Amt | Pmt Type | User | Src |
|------|----|-----------|----------|----|---------|------|-----|
| 12-16-2010 | | SENT LETTER NUMBER | 6178 | | | 1003 | SRT |
| 12-02-2010 | | DEBTOR EXTRACTED FOR CALL | | | BATC | ELSP | ELS |
| 11-18-2010 | | SENT LETTER NUMBER | 6175 | | | 1003 | SRT |
| 06-29-2010 | | STRATEGY CHANGED STATUS CODE TO | EXP | | | 1003 | SRT |
| 06-07-2010 | | SENT LETTER NUMBER | 0007 | | | 1003 | SRT |
| 05-21-2010 | | SENT LETTER NUMBER | 0006 | | | 1003 | SRT |
| 05-20-2010 | | LEFT MESSAGE OR CONTACT | | | BATC | EOFC | DVX |
| 05-13-2010 | | LEFT MESSAGE OR CONTACT | | | BATC | EOFC | DVX |
| 05-06-2010 | | DEBTOR EXTRACTED FOR CALL | 0005 | | | 1003 | SRT |
| 04-21-2010 | | SENT LETTER NUMBER | 0204 | | | 1003 | SRT |
| 04-06-2010 | | SENT LETTER NUMBER | 0503 | | | 1003 | SRT |
| 03-15-2010 | | SENT LETTER NUMBER | 0102 | | | 1003 | SRT |
| 02-19-2010 | | SENT LETTER NUMBER | 0001 | | | 1003 | SRT |

```
Command
  F1=Help   F3=Menu   F4=PrevScrn  F5=Dif Debtor  F6=CMD   F7=Bkw  F8=Fwd  F9=Sel
              F13=DBT    F14=NOT    F16=MIS    F17=PMT    F18=DBS
```

CPA000002

Page: 1 Document Name: untitled

```
CPAD190              Credit Protection Association, LP        Date: 10-05-2011
CPA Reference :  1577618554      Debtor Notes                 Time: 13:56:34
Bustype/Client: 01 - 815071 COMCAST                      Service Bal:   239.53
Acct:            197581-7 - 00  Name: SHERONE       JOHNSON
---------------------------------Notes---------------------------------
Note:    2   Date: 08-18-2011   Time: 15:00:03    User: CR10     Term: LV32
LEGAL


Note:    1   Date: 05-19-2011   Time: 16:23:12    User: CRB2     Term: LU60
CANT PAY CB...MASHIRA


Note:        Date:              Time:             User:          Term:



Note:        Date:              Time:             User:          Term:



Command
  F1=Help   F3=Menu   F4=PrevScrn   F5=Dif Debtor   F6=CMD   F7=Bkw   F8=Fwd   F9=Sel
            F13=DBT   F16=MIS   F17=PMT   F18=DBS   F19=HIS     F21=DB2
```

CPA000003

Page: 1 Document Name: untitled

```
C2AD180                  Credit Protection Association, LP        Date: 10-05-2011
                         Debtor History File Inquiry             Time: 13:57:03
Bustype/Client: 01    815071    COMCAST
Acct:              197581-7  - 00    CPA Ref:  1577618554
Name: SHERONE      JOHNSON                Firm:
                                                     Lettr          Pmt
   Date    CD ------------ Description -------------- Nbr --Amt-- Type User Src
02-19-2010    SENT LETTER NUMBER                      0001                1003 SRT
```

```
Command
  F1=Help   F3=Menu   F4=PrevScrn   F5=Dif Debtor   F6=CMD   F7=Bkw   F8=Fwd   F9=Sel
            F13=DBT    F14=NOT    F16=MIS    F17=PMT    F18=DBS
```

CPA000004

February 19, 2010
01-815071
197581-7
01577618554
Sherone Johnson

| Service balance: | $239.53 |
|---|---|
| Total Amount Due: | $239.53 |

0001-0080

01577618554

#BWNFMBY **********SCH 3-DIGIT 334
#01577618554#

Sherone Johnson

Remit to:

Comcast
1401 Northpoint Pkwy
West Palm Beach FL  33407-1986

02  01815071  0000000001577618554  0023953  5

**Creditor:** Comcast
**Account #:** 01-815071-197581-7-00
**Reference #:** 01577618554

**Toll Free** (800) 255-6775
**Balance Due:** $239.53
0001-0080

February 19, 2010

Dear Sherone Johnson:

The records of Comcast indicate that your account in the amount listed above is seriously past due. Comcast is willing to provide you with another opportunity to pay this bill before further collection activity is started.

Credit Protection Association is a professional collection agency retained by Comcast and is authorized to take all appropriate steps to collect this debt.

For your convenience, Credit Protection Association accepts Visa®, MasterCard® and check payments by phone or Web 24-hours a day, 7 days a week, through our Automated Payment System. To use our system, please call us at 1-800-418-8144 or visit www.paycpa.com.  Please have your 11 digit reference number 01577618554 available.

Cash payments may be made through MoneyGram's Express Payment Service at any MoneyGram location nationwide.  Credit Protection Association's four (4) digit MoneyGram receive code is 5040. Check your local Wal-Mart for payment locations or visit www.moneygram.com.



**A.C.A**
INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

Please see reverse side for important information!

* Llame 1-800-418-8144

* Envíe MoneyGram

**HERE'S HOW TO PAY**
* Call 1-800-418-8144
* Visit www.paycpa.com
* Return your payment
  and coupon
  through the mail

**WE ACCEPT**
* Check
* MoneyGram
        Express Payment™
* Visa® and MasterCard®
* Money Order

© 1977-2011 Credit Protection Association, L.P. 13355 Noel Rd., Dallas, TX 75240
This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

CPA000005

March 15, 2010
01-815071
197581-7
01577618554
Sherone Johnson

Service balance:   $239.53
Total Amount Due:   $239.53

0102-0080

|||||||||||||||||||||||||||||||||
01577618554

#BWNFMBY ********SCH 3-DIGIT 334
#01577618554#

Remit to:

Sherone Johnson

▬▬▬▬▬▬

Comcast
1401 Northpoint Pkwy
West Palm Beach FL  33407-1986

02  01815071  0000000001577618554  0023953  5

---

Creditor: Comcast
Account #: 01-815071-197581-7-00
Reference #: 01577618554

Toll Free (800) 255-6775
Balance Due: $239.53
0102-0080

March 15, 2010

Dear Sherone Johnson:

Comcast has informed us that no payment or arrangement was made to clear up your overdue account in the amount of $239.53.  Be advised that the thirty (30) day validation period discussed in our first letter concerning the validity of your debt will pass within the next three (3) weeks.  If you do not seek validation, we will assume that your debt is valid at the end of that period.  If this account is not paid, your name and account number may be reported to credit bureaus throughout the country.

Credit Protection Association is a professional collection agency retained by Comcast and is authorized to take all appropriate steps to collect this debt.

To insure proper credit, include the top portion of this letter with your payment.  If payment has already been made, please contact Comcast.

For your convenience, Credit Protection Association accepts Visa®, MasterCard® and check payments by phone or Web 24-hours a day, 7 days a week, through our Automated Payment System.  To use our system, please call us at 1-800-418-8144 or visit www.paycpa.com.  Please have your 11 digit reference number 01577618554 available.

Cash payments may be made through MoneyGram's Express Payment Service at any MoneyGram location nationwide.  Credit Protection Association's four (4) digit MoneyGram receive code is 5040.  Check your local Wal-Mart for payment locations or visit www.moneygram.com.



ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

Please see reverse side for important information!

* Llame 1-800-418-8144

* Envíe MoneyGram

**HERE'S HOW TO PAY**
* Call 1-800-418-8144
* Visit www.paycpa.com
* Return your payment
  and coupon
  through the mail

**WE ACCEPT**
* Check
* MoneyGram
  Express Payment™
* Visa® and MasterCard®
* Money Order

© 1977-2011 Credit Protection Association, L.P.  13355 Noel Rd., Dallas, TX  75240
This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

CPA000006

April 6, 2010
01-815071
197581-7
01577618554
Sherone Johnson

Service balance: $239.53
Total Amount Due: $239.53

0503-0080

01577618554

#BWNFMBY ********SCH 3-DIGIT 334
#01577618554#

Sherone Johnson

Remit to:

Comcast
1401 Northpoint Pkwy
West Palm Beach FL 33407-1986

02 01815071 00000000001577618554 0023953 5

Creditor: Comcast
Account #: 01-815071-197581-7-00
Reference #: 01577618554

Toll Free (800) 255-6775
Balance Due: $239.53
0503-0080

April 6, 2010

Dear Sherone Johnson:

We have contacted you on behalf of Comcast regarding your overdue balance of $239.53 on three separate occasions. A review of our records reveals that you have:

Neglected to pay your outstanding debt.
Repeatedly disregarded our past notices.
Ignored possible damage to your credit.

Pursuant to the Fair Debt Collection Practices Act, the thirty (30) day validation period concerning the validity of your debt has now passed without you seeking to verify the debt. According to the laws governing credit information, Credit Protection and Comcast can now report your name and the amount owed to the national credit bureaus as due and unpaid.

Send your payment in full to prevent further collection efforts and your credit rating from being placed in jeopardy.

For your convenience, Credit Protection Association accepts Visa®, MasterCard® and check payments by phone or Web 24-hours a day, 7 days a week, through our Automated Payment System. To use our system, please call us at 1-800-418-8144 or visit www.paycpa.com. Please have your 11 digit reference number 01577618554 available.

Cash payments may be made through MoneyGram's Express Payment Service at any MoneyGram location nationwide. Credit Protection Association's four (4) digit MoneyGram receive code is 5040. Check your local Wal-Mart for payment locations or visit www.moneygram.com.

**Please see reverse side for important information!**

* Llame 1-800-418-8144

* Envíe MoneyGram

**HERE'S HOW TO PAY**
* Call 1-800-418-8144
* Visit www.paycpa.com
* Return your payment
  and coupon
  through the mail

**WE ACCEPT**
* Check
* MoneyGram
  Express Payment™
* Visa® and MasterCard®
* Money Order

© 1977-2011 Credit Protection Association, L.P. 13355 Noel Rd., Dallas, TX 75240
This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

CPA000007

April 21, 2010
01-815071
197581-7
01577618554
Sherone Johnson

Service balance:     $239.53
Total Amount Due:    $239.53



01577618554
0204-0080

#BWNFMBY *********SCH 3-DIGIT 334
#01577618554#

|||ı||ı|ı|ıı|ı|ı|ı|ı||ıııı||ll|ı||ııı|ı|ı|ı|ııı|ı|

Sherone Johnson

Remit to:

|||ıı|ı|ll||0ıııı|ı|ı|ı|ı|ı||ll|ı|ıl|ıı|ı|ııı|ı|ı||

Comcast
1401 Northpoint Pkwy
West Palm Beach FL  33407-1986

02  01815071  00000000001577618554  0023953  5

Creditor: Comcast
Account #: 01-815071-197581-7-00
Reference #: 01577618554

Toll Free (800) 255-6775
Balance Due: $239.53
0204-0080

April 21, 2010

Dear Sherone Johnson:

Please note that we have sent you several notices concerning your seriously past due amount of $239.53. Neither our records nor Comcast's indicate that payment has been received.

Unless we hear otherwise, we will request authorization from Comcast to report your name and amount due to the credit bureaus throughout the country.  Be advised that negative credit information concerning this debt can remain in your records for as long as seven (7) years.

It is imperative that you IMMEDIATELY forward the past due balance of $239.53 directly to Comcast in order to protect your credit rating.

PAGUE OPCIÓN * LLAME 1-800-418-8144 * ENVÍE MONEYGRAM



A C A
INTERNATIONAL
The Association of Credit
and Collection Professionals
Member

Please see reverse side for important information!

© 1977-2011 Credit Protection Association, L.P.  13355 Noel Rd.,  Dallas, TX  75240

CPA000008

May 6, 2010
01-815071
197581-7
01577618554
Sherone Johnson

Service balance:     $239.53
Total Amount Due:    $239.53

01577618554
0005-0080

#BWNFMBY ••••••••••SCH 3-DIGIT 334
#01577618554#

Sherone Johnson

Remit to:

Comcast
1401 Northpoint Pkwy
West Palm Beach FL 33407-1986

02  01815071  00000000001577618554  0023953  5

Creditor: Comcast
Account #: 01-815071-197581-7-00
Reference #: 01577618554

Toll Free (800) 255-6775
Balance Due: $239.53
0005-0080

May 6, 2010

Dear Sherone Johnson:

Comcast informs us that payment has not been received. Unless you pay this account promptly, we will instruct Comcast to report our experience with you to the credit bureau.

Be advised that adverse credit information can remain in your records for several years.

It is imperative that you promptly forward the past due balance of $239.53 directly to Comcast. Refer to account number 01-815071-197581-7.

PAGUE OPCIÓN * LLAME 1-800-418-8144 * ENVÍE MONEYGRAM



A.C.A.
INTERNATIONAL
The Association of Credit
and Collection Professionals
Member

Please see reverse side for important information!

© 1977-2011 Credit Protection Association, L.P. 13355 Noel Rd., Dallas, TX 75240

CPA000009

| | | |
|---|---|---|
| May 21, 2010 | Service balance: | $239.53 |
| 01-815071 | Total Amount Due: | $239.53 |
| 197581-7 | | |
| 01577618554 | | |
| Sherone Johnson | | |

015776185554
0006-0080

#BWNFMBY *********SCH 3-DIGIT 334
#01577618554#

Remit to:

Sherone Johnson

Comcast
1401 Northpoint Pkwy
West Palm Beach FL 33407-1986

02 01815071 00000000001577618554 0023953 5

Creditor: Comcast
Account #: 01-815071-197581-7-00
Reference #: 01577618554

Toll Free (800) 255-6775
Balance Due: $239.53
0006-0080

May 21, 2010

Dear Sherone Johnson:

Be advised that we are in the process of requesting written authority to refer your name and address and the amount due of $239.53 to major national credit reporting bureaus throughout the United States.

Since this could have a serious impact on your credit nationwide and may prevent you from obtaining credit for as long as seven (7) years, we are offering you one last chance to pay the balance of $239.53 before this serious action is taken.

Only your full payment forwarded directly to us by 06/04/10 in the enclosed envelope will prevent the probable reporting of your past due account to these credit reporting agencies.

PAGUE OPCIÓN * LLAME 1-800-418-8144 * ENVÍE MONEYGRAM



A.C.A.
INTERNATIONAL
The Association of Credit and Collection Professionals
Member

Please see reverse side for important information!

© 1977-2010 Credit Protection Association, L.P. 13355 Noel Rd., Dallas, TX 75240

CPA000010

June 7, 2010                 Service balance:     $239.53
01-815071                    Total Amount Due:    $239.53
197581-7
01577618554
Sherone Johnson

01577618554
0007-0080

#BWNFMBY **********SCH 3-DIGIT 334                       Remit to:
#01577618554#

Sherone Johnson                                         Comcast
                                                        1401 Northpoint Pkwy
                                                        West Palm Beach FL 33407-1986

02 01815071 00000000001577618554 0023953 5

Creditor: Comcast                      Toll Free (800) 255-6775
Account #: 01-815071-197581-7-00       Balance Due: $239.53
Reference #: 01577618554               0007-0080

June 7, 2010

Dear Sherone Johnson:

YOU ARE HEREBY NOTIFIED that unless you cause payment to be made to the
Business Office of:

Comcast
1401 Northpoint Pkwy
West Palm Beach FL 33407-1986
(800) 255-6775

**on or before the 26th day of June, 2010** or direct a check or money order
in the amount of **$239.53** to said creditor, postmarked not later than midnight of
that date, we shall recommend to your creditor that CPA be given full authority to
take all appropriate action to collect this account.

Dated this 7th day of June, 2010.

CPA accepts credit card and check payments by phone at 1-800-418-8144 or by web at
www.paycpa.com.



Please see reverse side for important information!

© 1977-2011 Credit Protection Association, L.P.  13355 Noel Rd., Dallas, TX 75240

CPA000011



**CPA** LP
Credit Protection Association

| | |
|---|---|
| Account With | Comcast |
| Amount Due | $239.53 |
| Reference # | 01577618554 |

PO Box 802068
Dallas, TX 75380-2068

Dear SHERONE JOHNSON:

Your outstanding balance of $239.53 with Comcast has been reported to the national credit reporting agencies as an Unpaid Collection Account. This negative information can remain in your records for up to seven (7) years and may affect your ability to obtain credit.

Perhaps your financial situation has changed allowing you to settle this debt at this time. Lower your risk of being denied credit - make your payment in full today. Once payment is received and settlement made by your financial institution, the national credit reporting agencies will be notified, and your account's status will be changed to a "Paid Collection Account".

To take advantage of this opportunity, make your payment today. Credit Protection Association accepts Visa®, MasterCard® and check payments by phone or web. Call toll free at (800) 418-8114 or visit our website at www.paycpa.com. Cash payments can be made at any MoneyGram® agent location nationwide. Credit Protection Association's 4 digit MoneyGram® receive code is 5040. Please have your 11 digit reference number 01577618554 available when making payment.

Mail Payment or Correspondence to: Credit Protection Assoc. L.P.
P.O. Box 802068
Dallas, TX 75380-2068

6175-0088
FL

This is an attempt to collect a debt and any information obtained will be used for that purpose.
©2007-2010 Credit Protection Assoc., L.P. All rights reserved

Comcast
P.O. Box 802068
Dallas, TX 75380-2068

Would you like more information
about stores in your area?
Yes _____ No _____

If no, would you consider it?
Yes _____ No _____

If yes, which one?
_____

Have you ever used a check
cashing store?
Yes _____ No _____

PLACE
STAMP
HERE

CPA000012



**CPA** LP
Credit Protection Association

| | |
|---|---|
| Account With | Comcast |
| Amount Due | $239.63 |
| Reference # | 01577618554 |

PO Box 802068
Dallas, TX 75380-2068

Dear SHERONE JOHNSON:

Our records show that there continues to be a remaining unpaid balance on this account. Continuing to ignore our requests for payment will not make this debt go away.

Now is the time to put an end to this outstanding debt. Do not wait any longer - take action today. Use this notice as a chance to pay your balance in full and have your records updated with your payment information. Once payment is received and settlement made by your financial institution, Credit Protection Association will notify the national credit reporting agencies of your payment and this account status will be changed to "Paid Collection Account".

To take advantage of this opportunity, make your payment today. Credit Protection Association accepts Visa®, MasterCard® and check payments by phone or web. Call toll free at (800) 418-8144 or visit our website at www.paycpa.com. Cash payments can be made at any MoneyGram® agent location nationwide. Credit Protection Association's 4 digit MoneyGram® receive code is 5040. Please have your 11 digit reference number 01577618554 available when making payment.

Mail Payment or Correspondence to:  Credit Protection Assoc. L.P.
P.O. Box 802068
Dallas, TX  75380-2068

617B-0080
FL

This is an attempt to collect a debt and any information obtained will be used for that purpose.
©2007-2010 Credit Protection Assoc., L.P. All rights reserved

z

Comcast
P.O. Box 802068
Dallas, TX 75380-2068

Would you like more information
about stores in your area?
Yes _____ No _____

If no, would you consider it?
Yes _____ No _____

If yes, which one?
_____

Have you ever used a check
cashing store?
Yes _____ No _____

PLACE
STAMP
HERE



**THE LICENSEE IDENTIFIED BELOW IS AUTHORIZED TO CONDUCT BUSINESS AS INDICATED BY THE LICENSE TYPE.**

| | |
|---|---|
| **LICENSE TYPE:** | Consumer Collection Agency |

| | |
|---|---|
| **LICENSE NAME:** | CREDIT PROTECTON ASSOCIATION LP |
| **DBA NAME:** | |

| | |
|---|---|
| **ORIGINAL DATE OF LICENSE:** | 5/30/2003 |
| **LICENSE NUMBER:** | CCA0900251 |
| **LICENSE EXPIRATION DATE:** | 12/31/2011 |

**LICENSE MAIN ADDRESS:**

| | |
|---|---|
| **STREET:** | 13355 NOEL RD |
| | STE 2100 ATTN: JUDI CHMIELOWIEC |
| **CITY:** | DALLAS |
| **STATE:** | TX |
| **ZIP CODE:** | 75240 |

CPA000014

# FDCPA: A Framework for Compliance

**Logged in as:**

**Mashira Moore**

You have completed the
FDCPA Framework for
Compliance Course. Print this
screen and follow the
instructions in
Completion_Form.pdf.



Section 1 Completed

Section 2 Completed

Section 3 Completed

Section 4 Completed

Section 5 Completed

Section 6 Completed

Section 7 Completed

Section 8 Completed. Your score was 10.

Section 9 Completed. Your score was 94%.



© 2009 ACA International. All rights reserved.



CPA000015

# COLLECTION SERVICES AGREEMENT

THIS AGREEMENT, entered into as of this 1st day of August, 2003 by and between Credit Protection Agency, a Texas limited partnership ("Vendor"), with offices at One Galleria Tower, 13355 Noel Road, Dallas, TX 75240 and Comcast Cable Communications, Inc. ("Client") having a business address at ▮▮▮▮▮▮▮▮▮

## BACKGROUND

A.  Vendor provides a service for the collection of payment upon delinquent accounts and desires to provide such service to Client;

B.  Client desires to use Vendor's collection services for its business, subject to the terms and conditions herein.

Now therefore, in consideration of the various Agreements and promises set forth below, the parties hereby agree as follows:

## 1.   SERVICES

Vendor shall provide Client with collection services as described in this section and in Exhibit "A" attached hereto and incorporated herein (hereinafter, the "Services"), for all accounts submitted to Vendor by Client. These accounts shall be referred to hereinafter as, "Delinquent Account(s)."

### 1.1   COLLECTION PROCESS & STRATEGIES

Vendor will formulate and customize separate collection strategies specific to Client for video, high-speed Internet, and telephony. Vendor will actively pursue the collection of dollar balances and/or equipment via a strategy of letters and telephone calls and actively manage the account while at the credit bureau for seven (7) years or upon recall by Client, whichever occurs first.

Address verification and skip tracing efforts occur every time a piece of correspondence is mailed to a debtor from the time the debtor is placed with Vendor until such time as they are routed to the major credit reporting agencies. All form letters shall be subject to Client approval prior to mailing and the script for all supplemental collection calls shall be pre-approved by Client.

### 1.2   REPRESENTATION

Vendor will offer the consulting services of a Vendor Representative, to assist Client in reviewing current collections practices to maximize their respective bad debt management and recovery percentages. The Vendor Representative will provide periodic training relative to Vendor products and services. All of the above will be provided at no extra charge.

### 1.3   TRAINING

Vendor will provide extensive on-site field training of all designated Client personnel. The comprehensive training program addresses all Vendor programs and procedures regarding submissions, account updates, collection letters and calls, management reports and other a la carte services. Vendor's Area Vice Presidents and Customer Service Team will provide the training through a combination of hands-on and face-to-face visits. All of the above will be provided at no extra charge.

The information contained is proprietary and should not be disclosed to others without written authorization from CPA.

CPA000016

Vendor provides initial and on-going field training on its proprietary software product "DataLink". Vendor will provide customized hard copy documentation to Client on all aspects of software and Vendor programs. The DataLink Help Desk is available 24 hours a day.

## 1.4 DATALINK

DataLink is Vendor's proprietary PC based software application offered to Client to assist in managing, transmitting, and updating debtor accounts. DataLink has helped clients substantially reduce the amount of time and personnel allocated to bad debt management.

DataLink will provide immediate access to debtor records and maintain individual on-line account history for up to seven (7) years. All debtor files will be transmitted electronically between Client and Vendor. Updates will be performed nightly without intervention of office personnel. Locally, Client will have the ability to update accounts for bankruptcy, place accounts on hold, release from hold, request apology letters, post payments as necessary and perform the following account maintenance tasks such as: determine date of last collection letter sent, value of service balance outstanding and value of equipment outstanding.

The following services package is provided to each Client cable system location having an average of ███████ subscribers, and/or submissions of ███ or more bad debt accounts per month.

Application Software:

- DataLink Program
- DataLink Training

DataLink Reporting:

- Accounts on Hold
- Processed Payments (3 Options)
- Accounts at Credit Bureau

All software provided by Vendor to Client throughout the life of this Agreement will remain the property of Vendor.

## MANAGEMENT REPORTS

Vendor will provide specific reports that can be customized to the needs and requirements of Client for all debtor accounts submitted to Vendor. The following reports shall be provided on either a weekly or monthly basis utilizing "Report2Web":

### WEEKLY REPORTS:

- Acknowledgement: Listing of New Accounts
- Payment Verification: Listing of Recovery Transactions
- Checks Deposited: Listing of Payments Deposited by Vendor
- Hold Report: Listing of Disputed Accounts
- Change of Address: Listing of Updated Addresses
- Unable to Locate: Listing of Accounts with Invalid Addresses

### MONTHLY REPORTS:

- Credit Bureau: Listing of Accounts that have Completed the Initial Collection Procedure
- Satisfied Accounts: Listing of satisfied Accounts Available for Reconnection
- Activity Report: Listing of all Active Accounts and their Current Status
- Collection and Aging Analysis: Statistical Report of Recoveries

The information contained is proprietary and should not be disclosed to others without written authorization from CPA

CPA000017

### 1.5    ELECTRONIC DATA INTERCHANGE

Vendor will offer Electronic Data Interfacing capabilities to the Client's billing management system throughout the life of this Agreement. This will facilitate the electronic submission and updating of debtor account information.

### 1.6    LOCK BOX BAR-CODING

Vendor agrees to include bar coding on payment coupons as specified by the Client's lock box operation.

### 1.7    ELECTRONIC ADDRESS UPDATES

Vendor agrees to provide address update information to Client's billing vendor.

### 1.8    CREDIT BUREAU REPORTING OPTIONS

Vendor shall provide Credit Bureau reporting services for outstanding balances. Client shall define the parameters by which a debtor is reported to the Credit Bureaus. Vendor will, as instructed by Client, direct debtor accounts to the national credit reporting services.

Vendor routinely reports to the three (3) major Credit Bureaus: Experian (TRW), Equifax, and Trans Union for individual consumer accounts. Commercial accounts are referred to Dunn & Bradstreet.

Additionally, Vendor offers two (2) options of Credit Bureau reporting. The first option is Selective Credit Bureau Reporting where Client will be notified of any account eligible for Credit Bureau reporting. Client will have the option of reporting the debtor to the major Credit Bureaus. The second option is Blanket Credit Bureau Reporting whereby any account that is eligible for Credit Bureau reporting is automatically reported at the completion of collection cycle to the three (3) major Credit Bureaus. Both Credit Bureau reporting options provide an acknowledgement for accounts that are submitted. This decision will be made by: Client's local operating office.

### 1.9    IMPLEMENTATION PLAN

Vendor will establish an implementation plan to bring together all disciplines to ensure a timely and efficient implementation of Vendor's preferred vendor program to any new Client system that elects to utilize Vendor for collection services.

Vendor will conduct an initial team meeting that would include Client personnel to ensure the implementation plan is on schedule and discuss any open issues. Vendor will also conduct routine conference calls with Client personnel to report progress on open issues.

Vendor will provide personnel and technical expertise necessary to facilitate an effortless and seamless conversion into Vendor's collection module.

### 2.    COMPLIANCE WITH APPLICABLE LAWS

In providing the Services hereunder, Vendor hereby agrees to comply with all applicable laws, including without limitation, the Federal Fair Debt Collection Practices Act, state and local consumer protection and collection practices laws and all rules and regulations of any agency or governmental body having jurisdiction over the subject matter of this Agreement. Vendor shall, at its sole expense, maintain all licenses, permits, approvals or certifications required to provide the Services. Without limiting the generality of the foregoing, Vendor shall not, in performing any obligations hereunder, discriminate against any individual based upon race, creed, color, national origin, gender, or sexual orientation.

The information contained is proprietary and should not be disclosed to others without written authorization from CPA

CPA000018

Without limiting any other provision of this section, Vendor shall notify Client in the manner specified under this Agreement, in the event any person disputes the charges under a Delinquent Account. Vendor further agrees to notify Client, in writing within five (5) days of the commencement of any action, suit or proceeding or of the issuance of any order, writ, injunction, award or decree of any court or other governmental instrumentation involving Vendor's business. Vendor agrees to indemnify, defend and hold Client and each of Client's parents, subsidiaries, affiliates and successors and each of its and their respective directors, officers, employees, agents and assignees harmless from and against any claims, demands or suits or resulting liability arising out of any breach by Vendor of any provision in this section.

3.    **GOVERNING LAW**

This Agreement and the obligations of the parties hereunder, shall be governed and interpreted in accordance with the laws of the state in which Client provides services to its customers.

4.    **PERFORMANCE REQUIREMENTS**

Vendor covenants and agrees that it shall pursue, to the fullest extent legally and ethically permissible, recovery of all amounts owed for each Delinquent Account and shall use the highest level of skill, care and judgment consistent with customarily accepted practices in Vendor's industry and all applicable laws.

4.1   **MERGER OR ACQUISITION**

Vendor agrees that in the case of a merger or acquisition of or by Client, it will administer the services set forth herein for the merged or acquired entity at the same transactional costs as outlined in this Agreement. In the case of divestiture by Client of any of its operating companies or divisions, Vendor agrees to offer the divested entity the option to continue services with Vendor for so long as this Agreement shall remain in effect at the same terms, conditions and pricing as set forth herein. In addition, Vendor agrees to continue to serve the remaining entities, if any, of Client under the same terms, conditions and pricing set forth herein.

5.    **PAYMENT**

Vendor shall deliver all payments it receives for Delinquent Accounts in full, within ▮▮▮▮▮ days of its receipt of same. As payment for Services provided hereunder, Client shall pay to Vendor a sum equal to the lesser of: (i) ▮▮▮▮▮▮▮▮▮ ) of the amount collected by Vendor upon each Delinquent Account provided to Vendor hereunder; or (ii) the maximum amount permitted by law. Client shall pay Vendor all such amounts within forty-five (45) days of its receipt of Vendor's invoice. In no event shall Vendor retain any amounts it collects hereunder. The payments under this Agreement shall be Vendor's sole and exclusive compensation for services provided hereunder.

Client may elect to remit payments via check or electronic funds transfer. Vendor shall submit an itemized monthly invoice to each Client system, or a consolidated monthly invoice to a single Client system location detailing the fees owed for the services, by debtor account.

5.1   **COLLECTION FEE**

At Client's option, Vendor has the ability to add an additional collection fee on all debtor correspondence. Vendor can assess either a flat fee or a percentage based on account balance. These collection fees are commission free will be collected and credited back to Client, upon payment in full by the debtor.

6.    **INSURANCE**

Throughout the term of this Agreement, Vendor shall at all times, at its sole cost and expense, maintain in force (i) professional liability, malpractice and/or errors and omissions insurance with aggregate minimum limits of no less than ▮▮▮▮▮; (ii) commercial general liability insurance and with aggregate

The information contained is proprietary and should not be disclosed to others without written authorization from CPA

CPA000019

minimum limits of $1,000,000 per occurrence of bodily and personal injury or death and $1,000,000 per occurrence for property damage, and (iii) such worker's compensation and employer's liability insurance, and insurance on its owned and leased vehicles and their drivers, as may be required by law and otherwise reasonably requested by Client. Such insurance shall be underwritten by financially sound carriers reasonably satisfactory to Client. Upon sixty (60) days written notice to Vendor, Client may require Vendor to increase the amount of insurance coverage or to carry additional or different types of insurance as Client may determine to be reasonable.

**6.1  DISASTER RECOVERY**

Vendor shall maintain a catastrophe management program to minimize the potential disruption of Vendor's business in the event of fire, flood, power outage, or other natural disaster.

**7.  IMPOSSIBILITY OF PERFORMANCE**

Neither Client nor Vendor shall be liable for loss or damage or deemed to be in breach of this Agreement if its failure to perform its obligations results from: (i) compliance with any law, ruling, order, regulation, requirement or instruction or any federal, mandate or municipal government or any department or agency thereof of any court of competent jurisdiction; (ii) acts of God; (iii) acts or omissions of the other party; or (iv) fires, strikes, embargoes, war, insurrection or riot. Any delay resulting from any of said causes shall extend performance accordingly or excuse performance, in whole or part, as may be reasonable under the circumstances.

**8.  GENERAL PROVISIONS**

Vendor shall throughout the Term and for a period of two (2) years thereafter, create and maintain all books, records and information relating to the Services to be performed hereunder. Client shall be entitled to inspect and copy such records (at Client's cost and expense) at Vendor's premises, upon at least ten (10) days prior written notice.

The parties hereto acknowledge and agree that Vendor is an independent contractor, as that term is legally defined and Vendor shall not be deemed an agent, representative or partner of Client, nor shall Vendor have any right, power or authority to enter into any Agreement on behalf of or otherwise bind, or incur any obligation or liability of or on behalf of Client.

**8.1  AUDIT**

Vendor agrees to allow periodic visits by Client staff and representatives for the express purpose of performing audits of invoices, statements and submission data relative to Client to insure integrity of data. All visits will be at a mutually agreed upon time by both Vendor and Client.

**9.  TERM AND TERMINATION**

The term of this Agreement shall be ▮▮▮▮▮ years, commencing on the date of execution of this Agreement. The term shall automatically be extended for an additional ▮▮▮ year periods on the same terms and conditions of this Agreement as are in effect at the time of such renewal, unless either party shall have given written notice to the other of its intention to terminate this Agreement not less than sixty (60) days prior to the expiration of the then current term.

Notwithstanding anything to the contrary herein, Client or an individual Client system shall have the right at any time, during the initial term or any subsequent renewals, with or without cause, to terminate this Agreement which it is subject, respectively as specified in this Agreement with sixty (60) days prior written notice to Vendor.

Client or an individual Client system may terminate the Agreement which it is subject, respectively, for breach of contract or failure to perform as specified in this Agreement with sixty (60) days prior written

The information contained is proprietary and should not be disclosed to others without written authorization from CPA

CPA000020

notice to Vendor. After 60 days, Vendor or Client must rescind the notice in writing if the breach or failure to perform has been cured. If the breach or failure to perform persists and this Agreement is not terminated, a new sixty (60) day written notice must be submitted to Vendor.

Termination of this Agreement by any individual Client system shall not result in the termination of any other Client system or this Agreement. Termination shall not discharge any obligations of either party accrued or due and payable prior to termination. Upon termination of this Agreement by Client, Vendor will implement a close and return policy whereas Vendor will cease all collection activity on accounts currently in its possession and return these accounts to Client. Vendor will be entitled to receive compensation for any dollars collected and/or equipment recovered, for a period of ninety (90) days from the date of termination notification.

Either party shall have the right to terminate this Agreement immediately upon written notice if the other: (i) makes an assignment for the benefit of creditors; (ii) has an Order for Relief under Title 11 of the United States Code entered by any United States Court against it; or (iii) has a trustee or receiver of any substantial part of its assets appointed by any court.

## 10.     NO EXCLUSIVITY

Vendor hereby acknowledges that Client has made no representation regarding the number of Delinquent Accounts to be provided, the profitability to Vendor of the arrangements or a minimum amount of revenue to be collected by Vendor contemplated hereunder. Client may, at any time or from time to time, contract with any third party to provide the same or similar services as are contemplated under this Agreement, or may provide such services directly on its own behalf, either as a compliment to or substitute for the Services to be provided by Vendor hereunder.

## 11.     CONFIDENTIALITY/NON DISCLOSURE

Vendor agrees that, both during and after the term of this Agreement, it, nor any person, firm, corporation or other entity affiliated with, owned in whole or in part by, employed by or otherwise connected with it, shall directly or indirectly, without the express written consent of Client, divulge, use, sell, exchange, furnish, give away, or transfer in any way any Confidential Information of Client, as hereinafter defined.

Vendor acknowledges that any Confidential Information that has been or will be disclosed to it is solely for the performance of its duties pursuant to this Agreement. All Confidential Information is the exclusive property of Client.

If Vendor is served with any form of process to obtain any Confidential Information, Vendor shall immediately notify Client and Client shall have the right to seek to quash such process.

The term "Confidential Information" shall include, without limitation: information which has been designated as confidential; this Agreement (and all amendments thereto) and all of its terms and conditions; all manuals and training materials provided by Client; the names, addresses, and telephone numbers and any other personally identifiable information of or pertaining to all subscribers or prospective subscribers, and all financial, technical, business, credit or any other information relating to any subscribers or prospective subscriber and all lists or other records containing any such information; all financial and business information relating to Client, including without limitation, all market analyses and market expansion plans, all revenue and profit analyses and projections and all commission structures and statements; all technical information relating to Client, including, without limitation, all implemented or planned product and service improvements or changes; and all other information relating to the operations of Client which is disclosed or provided to Vendor or became known to Vendor through its relationship with Client. In addition and without limitation to the foregoing, Vendor agrees that it shall at all times and in all respects, comply with the provisions of Section 631 of the Cable Communications Policy Act of 1984 (47 USC Sec. 551), as amended and modified.

Vendor agrees that it will inform each of its employees, agents and other representatives involved in the performance of this Agreement of the terms under this Agreement.

The information contained is proprietary and should not be disclosed to others without written authorization from CPA

CPA000021

**12.  INDEMNIFICATION**

Vendor agrees to indemnify, defend and hold Client and each of Client's parents, subsidiaries, affiliates and successors, and each of its and their directors, officers, employees, agents, and/or assignees harmless against any loss, claims, demands, and suits ("Claims"), including without limitation, damages and costs reasonably incurred in the defense of any such Claim, arising out of (i) the performance of the Services hereunder; (ii) any breach or violation of any of the terms of this Agreement; and (iii) all costs, expenses and write-offs collectively, "Expenses" incurred or required to be made by Client as a result of the fraudulent usage of any information provided to Vendor in connection with this Agreement, by Vendor, its agents, representatives, officers, employees or invitees. For purposes of these indemnifications, "Claims" shall mean and include all obligations, damages, and/or costs reasonably incurred in the defense of any Claim, including without limitation, reasonable accountants', attorneys' and expert witness fees, costs of investigation and including, but not limited to, travel and driving expenses.

**12.1  EQUAL EMPLOYMENT OPPORTUNITY POLICY**

It is our policy to provide equal employment opportunity to all qualified individuals without regard to their race, age, color, religion, gender, national origin, disability, sexual preference or martial status.

**13.  FINAL AGREEMENT/AMENDMENT**

This Agreement is the complete Agreement between the parties and supersedes any prior oral or written Agreement concerning the subject matter. If any provision of the Agreement is held invalid or unenforceable, the remaining provisions will remain in effect. The Agreement may not be amended except in a writing signed by both parties. Vendor may not assign or sub-contract this Agreement or any of the Services to be rendered hereunder, without Client's written consent (as determined in Client's sole discretion). If an assignment or sub-contracting occurs, the assignment or sub-contracting will not relieve Vendor of its liabilities and obligations under the Agreement. Client may freely assign this Agreement to any person. The Agreement is binding upon successors and assignees of the parties. A waiver by either party of any of the terms and conditions of the Agreement in one or more instance will not constitute a permanent waiver of the terms and conditions.

**13.1  MODIFICATIONS**

Modification, amendments, or waiver of any portion or provision of this Agreement will not be effective unless submitted in writing and approved by both contracting partners.

**14.  NOTICES**

Notices provided shall be in writing and sent by guaranteed overnight delivery or U.S. Mail, via certified mail, return receipt requested. Notices to Vendor will be sent to Credit Protection Association, L.P. One Galleria Tower, 13355 Noel Road Dallas, TX 75240. Notices to Client will be sent to the local Client office and copies of all notices alleging a breach hereof shall be sent to: Comcast Cable Communications, Inc., 1500 Market Street, Philadelphia, PA 19102, Attention: Law Dept. Notices shall be deemed received one (1) business day after deposit, in the case of overnight delivery and three (3) days after deposit, in the case of certified mail.

The information contained is proprietary and should not be disclosed to others without written authorization from CPA

CPA000022

**Comcast Cable Communications, Inc. (CLIENT)**       **Credit Protection Association (VENDOR)**

By:      _Suzanne Keenan_           By:      _Thomas M. Shivers_

Title:   _SVP Customer Service_     Title:   _Vice President Business Development_

Signature: _[signature]_           Signature: _Thomas M. Shivers_

Date:    _8/18/03_                  Date:    _8/1/2003_

The information contained is proprietary and should not be disclosed to others without written authorization from CPA

CPA000023

## EXHIBIT A – PRICING

### 1.    PRICING

Vendor will extend the following pricing schedule to any individual Client system utilizing Vendor for collection services.

| System Subscriber Volume | Contingency Rate | Converter Fee (Per Household) | Remote Fee (Per Household) | DataLink (Monthly Fee) |
|---|---|---|---|---|
| All Client Systems | ███ | ████ | ████ | ████ |

\* Fee applies to remotes recovered without converter

- Contingency rates are based on automated debtor accounts and must be 60 days or less from the date of disconnect
- The write-off accounts are primary 1st placements video, high-speed Internet and telephony accounts
- Contingency rate will be applied to all new video, HSI, and telephony write-off accounts submitted to Vendor for collections as of April 1, 2003
- A performance based program to include a contingency fee for dollars collected, a charge for equipment recovered and/or a charge for equipment when the debtor elects to pay the service balance in full, retain their modem and reconnect with the cable system

### 2.    COLLECTION GUARANTEE (Optional)

Vendor guarantees that Client will not pay more for using our services than Client is paying for using its present agency. Additionally, Vendor agrees that our recovery results will be equal to or greater than Client's current agency. Vendor therefore will guarantee that in a comparison of collection services over the initial twelve (12) month time period, Vendor will produce more net dollars for Client than our competition. If we do not, we will refund the difference.

Net dollars for the purpose of this guarantee shall mean money received by Client as a result of collection efforts less collection agency fees.

This guarantee will be provided based on the following criteria:

- Client utilizes Vendor on an exclusive basis, by submitting 100% of their video bad debt accounts for a period of twelve (12) consecutive months.
- The age of accounts submitted is the same for both agencies.
- Dollar value of accounts submitted to both agencies is of similar amounts and can be verified by supplying vendor with duplicate printouts of those accounts supplied to the competitive agency.
- Reports and invoices of competitive agency will be made available to Vendor for evaluation.
- Applies to Client systems currently not utilizing Vendor for collection services.

Vendor will be permitted to complete all collection processing on accounts submitted by Client that are currently in the collection process. Vendor is guaranteeing that our collection results (net dollars) will be equal to or greater than the competitive agency currently utilized by Client for third party collections. It is therefore necessary that Vendor be allowed to complete the collections process on these accounts to meet our commitment on the guarantee.

The information contained is proprietary and should not be disclosed to others without written authorization from CPA

CPA000024



# COLLECTION DEPARTMENT

FACT SHEET        ***REVISION 10/22/2007***

## COLLECTIONS PHONE LIST

CPA TOLL FREE: 800-255-6775  CPA LOCAL: ▓▓▓▓  CPA FAX: ▓▓▓▓  AUTOMATED SYSTEM FOR O/C
HOLLYWOOD CORP ▓▓▓▓  BLOCKBUSTER CORP ▓▓▓▓  (Blockbuster return checks) CLIENT SERVICES EXT:
CMI ▓▓▓▓  UNITED CREDCO ▓▓▓▓
VIDEO CLIENT SERVICES ▓▓▓▓  3RD PARTY EXT ▓▓▓▓

MAILING ADDRESS TO CPA

P.O. BOX 802068   DALLAS TX 73580

## CREDIT BUREAUS PHONE LIST

EXPERIAN: 888-397-3748   TRANSUNION: 800-888-4213   EQUIFAX: 888-397-3742
DISPUTES: 800-685-1111   FRAUD ACCT: 800-525-6285
(All 3 credit bureaus are updated daily)

## 3RD PARTY DISCLOSURE LAW

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Advise all Mortgage Companies and 3rd Party Credit Bureaus ▓▓▓▓

WE MAY ONLY SPEAK TO A 3RD PARTY IF ▓▓▓▓

# PLACED ALL DISPUTES IN DIRECT PAY

## COLLECTION'S METHOD AND PROCEDURE

PAYMENTS- CPA only accepts Visa, Master Card, Debit and Direct Checks.  A customer can pay with an agent through Direct Pay, online at PayCPA.com, through the automated system at 800-418-8144, or at any MoneyGram payment center.

CPA000025

ADVISE CUSTOMER ANY PAYMENTS TAKING WITH CPA CAN TAKE UP TO ■ DAYS FOR THE CLIENT WILL BE UPDATED

IVR PAYMENTS. ■ If a customer pays by credit card they will receive a confirmation number. If a customer pays by direct check they will not receive a confirmation number. ▅▅▅▅▅▅

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

PAYMENT ARRANGEMENTS. CPA does not offer payment arrangements. CPA is a 3rd party collection agency. ▅▅▅▅▅▅▅▅▅▅▅▅▅▅

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

be credited to their account. NOTE THE CONFIRMATION NUMBER OF THE CREDIT IN ETECH

PAID IN FULL LETTER ▅▅▅▅▅▅▅▅▅▅▅▅▅▅

SECONDARY ACCOUNTS ▅▅▅▅▅▅▅▅▅▅▅▅

3RD PARTY ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅

SMALL CREDIT BALANCE ▅▅▅▅▅▅▅▅▅▅▅

# COLLECTION DEPARTMENT

## COLLECTION'S METHOD AND PROCEDURE

be a duplicate posting from the client. If the customer inquires about an overpayment, it must list "overpayment" in the History screen. It takes 30 calendar days from the time the over payment posted to the system to be refunded and mailed to the customer or reinstated to the account. Notes will placed stated:  **"Req for refund of overpymt"**.  Verify and note the address of where the refund will be mailed to.

K=HOLD- When a K hold code has been placed on the account it can mean several different things: that the customer has placed a dispute with the Credit Bureau, the customer has requested all correspondence to stop, customer can be incarcerated or Deployed.  To verify this information, pull up the notes screen to see if a note was made for a Credit Bureau dispute.   If a customer requested a cease and desist, he or she must send written release of the cease and desist in order to discuss the account.

DECEASED CUSTOMER:  If a 3rd party states the customer is deceased DO NOT ask for a death certificate.  Place a "N" in the PMT screen to code account.

CLOSED DUE TO LEGAL, FRAUD/DENIAL OF DEBT- account deleted from the credit bureau due hold code 7/5, customer can still make a payment .  If customer does not want to make a payment advise customer we have deleted the account from our system, but the debt may still be owed with the original creditor.  (PLACE NOTES IN ETECH)

DETAILED STATEMENT- If a customer states he/she did not receive a final bill or request for a final bill and the account was placed on the credit report, place a request for a demand letter to be sent.

RETURN EQUIPMENT- If the customer states he/she has returned the equipment listed in Etech, the customer can fax a copy of the receipt (with the reference number) reflecting equipment is returned.  It takes up to 30days for the Client to be updated.

DISPUTE DUE TO FRAUD(Address) - If the customer states he/she has never had service with the Client listed on the account, the account must have a full matching social security number and name. Customer must fax over proof of residency two months prior to service interruption and two months after, copy of driver's license and social security card.  Advise the customer the account will be placed on hold up to 30 days to research the account.
2ND OPTION: THE CUSTOMER CAN PROVIDE DRIVER LICENSE, SOCIAL SECURITY

DISPUTE DUE TO FRAUD (Social Security)- If the customer stated he/she has never had service with the Client listed on the account and the social security number is matching but the name does not match.  Customer must fax over proof, a copy of driver's license and social security card.  Advise the customer the account will be placed on hold up to 30 days to research the account.
2ND OPTION: THE CUSTOMER CAN PROVIDE DRIVER LICENSE, SOCIAL SECURITY

DISPUTE DUE TO FRAUD (Last 4 digits of the Social is listed or NO Social is listed)- If the customer states he/she has never had service with the Client listed on the account and only the last four digits of the Social is listed a dispute can be place in Direct Pay and the customer will need dispute with the credit bureau.   We can not accept proof.

DISPUTE DUE TO ACCOUNT UNDER WRONG SOCIAL- if a person calls in stating an account is listed on their credit repoart the agent verifies the account was placed under the wron social security and the name does not match, the agent will refer the cutomer back to the credit bureau to dispute the report.

Other Documentation:  If lived with another party- must provide copy of their bill with notarized letter stating they lived there and paid bills ,provide a copy of account holders driver's license and social security card.  Military- copy of military order and drivers license and social security card.  Incarcerated- copy of release papers and drivers license and social security card.

CPA000027

**BANKRUPTCY-** If a customer states he/she has filed bankruptcy, place in the notes, Attorney's name, phone number, Chapter filed and case number. Code the account bankcutcy by placing a "Y" in the cancel bankruptcy selection. Please advise the customer it can take up to 30 days for our system to be updated.

**ALREADY MADE PAYMENT-** If customer states he/she has made a payment with the client and we do not show it updated in E-tech place a dispute in Direct Pay by selecting "already made payment." The account will be submitted to the client to be updated.

**DELETED ACCOUNTS-** It is policy of CPA **NOT** to delete any accounts, the National Credit Bureaus have the authorization to delete accounts reported in error.

**INFORMATION FAXED OR MAILED CAN TAKE 36-72 HOURS TO BE UPDATED IN ETECH**

**HOLLYWOOD/BLOCKBUSTER DISPUTES-** If a customer calls in to dispute a video account, place the account on hold to be submitted back to the client to be updated. If the call has escalated refer the customer to                                    Hollywood: ▓▓▓▓▓
Blockbuster: any local store near them.

**HOLLYWOOD VIDEO-** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**HOLLYWOOD VIDEO-** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

"All customers who receive a letter in the mail from Hollywood Video reflecting the settlement are eligible for ▓▓ discount (this can be verified in the field "For Name" in ETECH below the status code in the main debtor screen.) The system will automatically update the ▓▓ credit on the account.

**BUSINESS TYPE 20/21-** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**SUSPENDING BLOCKBUSTER ACCT-** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**BUSINESS TYPE 55-** ▓▓▓▓▓▓▓▓▓▓▓▓

**BUSINESS TYPE 14-** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**CONFIRMATION LETTERS**

**TIMEFRAME** - The agent will note request for any letter in Etech then submit out letter in the proper time frame.  Fax/Emailed: 2-24 business hours    Mailed: 3-5 business days



ALL LETTERS ARE ☐ ACCEPT 6133 6134 6135 6213 6233 6136 6137 AND 6339

Comment:
Do not refer customers from Comcast Event back to the local office

When taking a payment

CPA000029

# E-TECH

## E-TECH MENU

Enter the character of your selection and press the ENTER key:
- Type – C
- Press – Enter



CPA000030

## E-TECH MAIN SCREEN

**To sign on to CICCPA – enter your:**
- User- ID
- Password

**EXAMPLE:**
USER-ID ........ ▮▮▮▮▮
PASSWORD ........ **** *(Password is usually* ▮▮▮▮▮



## VSE/ESA FUNCTION SELECTION SCREEN

Enter the number of your selection and press the ENTER key:
- Type - 1
- Press - Enter

```
IESADMSL.CRCPA1           VSE/ESA FUNCTION SELECTION
   Enter the number of your selection and press the ENTER key:    APPLID: CICSCPA

        1   CPA CICS On-line System
        2   ODE II  ONLINE DATA ENTRY  (CICSDATA ONLY)




    PF1=HELP                       3=SIGN OFF

    ==> 1
                          @:00.1                                    24/07
```

## CPA CIS ONLINE SYSTEM SCREEN

Enter the number of your selection and press the ENTER key:
- Type - 2
- Press - Enter

```
IESADMSL.CPCICSOL           CPA CICS ON-LINE SYSTEM
   Enter the number of your selection and press the ENTER key:    APPLID: CICSCPA

        1   TEST CICS On-Line System
        2   Production CICS On-Line System




    PF1=HELP              3=END         4=RETURN

    ==> 2                                              Path: 1
                          @:00.1                                    24/07
```

3

CPA000032

## E-TECH USER SECURITY SIGN-ON

**To enter E-TECH type your password and press ENTER:**
- Type – Password
- Press – Enter



*Every three months the system will instruct you to change password*

## NEW PASSWORD

**After Three Months You will see the following screen:**
- Type – Password (Current)
- Press – Enter

4

CPA000033

**New Password:**
- Press TAB to the New Password Field and enter your New Password



- Press – Tab
- Verify – Type New Password again
- Press - Enter
- Press – F9



# MAIN MENU

The main menu will give you access to collection account information (4) and client information (3).

```
E-tech - EXTRA! Personal Client                                          

CPAM030                 Credit Protection Association, LP      Date: 12-29-2003
Sign-in ID: CR93                   Main Menu                   Time: 15:39:01
                                                               Term: LU42

                        Select: _

                        1. New Business Data Entry
                        2. Payments/Updates Data Entry
                        3. Client File Maintenance
                        4. Debtor Search #1
                        5. Debtor Search #2

                        7. Miscellaneous Transaction Data Entry
                        8. Suspense
                        9. Applied Accounts









                                  F3 = Exit

                      0:00.1                                        04/30
```

CPA000035

## DEBTOR SEARCH

You will use the Debtor Search #1 to access collection account information:
- Type – 4
- Press Enter



```
CPAM030              Credit Protection Association, LP      Date: 12-29-2003
Sign-in ID: CR93              Main Menu                     Time: 15:39:01
                                                           Term: LU42

            Select: 4_

            1. New Business Data Entry
            2. Payments/Updates Data Entry
            3. Client File Maintenance
            4. Debtor Search #1
            5. Debtor Search #2

            7. Miscellaneous Transaction Data Entry
            8. Suspense
            9. Applied Accounts




                         F3 = Exit
```

CPA000036



## DEBTOR SEARCH

### WAYS TO SEARCH FOR COLLECTION ACCOUNTS:
1. CPA Reference
2. Account Number
3. Social Security Number
4. Name (Last Name, First Name)
5. Address

### CPA Reference Number Search:
- Type - Reference Number
- Press - Enter

### Example:
- CPA Ref: ▮▮▮▮▮▮▮

CPA000037

## Account Number Search:

- Type - Account Number
- Press – Enter

**Example:**
- FULL ACCOUNT NUMBER: 01-▮▮▮▮▮▮▮
  - Client Number - 01▮
  - Account Number - 8116



## SSN Search:

- Type – SSN (Social Security Number)
- Press – Enter

**Example:**
- Type SSN – 577▮▮▮▮▮



## Name Search:
- Type - Last Name
- Tab
- Type - First Name
- Press - Enter

## EXAMPLE:
- Type Last Name – Training
- Type First Name – Account

```
CPAD150                 Credit Protection Association, LP          Date: 12-29-2003
                          Debtor Master Search #1                  Time: 16:25:21
Bustype/CL:                   Account Number/Sequence:
Last Name : TRAINING                        First Name: ACCOUNT
Ph:            Addr:                    City:                    ST:       Zip:
CPA Ref :                               SSN :                    CU Acct:
S -----Last Name----- First Name M       --Client---      ----Account Number-----
E TRAINING             ACCOUNT           01-001701         8116606010065413 - 00
  275517081 281-687-2389    8479 W TIDWELL RD, HOUSTON, TX 77040
E TRAINING             ACCOUNT           01-001701         8116606010065657 - 00
  274663956 713-523-2349    8483 W TIDWELL RD, HOUSTON, TX 77040
E TRAINING             ACCOUNT           01-001701         8116606010066916 - 00
  284466025 281-666-6666    8403 W TIDWELL RD, HOUSTON, TX 77040
E TRAINING             ACCOUNT           01-001701         8116606010064929 - 00
  290494322 713-422-1212    8432 W TIDWELL RD, HOUSTON, TX 77040
E TRAINING             ACCOUNT           01-001701         8116606010067948 - 00
  290494331 281-687-2889    8436 W TIDWELL RD, HOUSTON, TX 77040
E TRAINING             ACCOUNT           01-001701         8116606010069282 - 00
  290494340 281-774-3030    8490 W TIDWELL RD, HOUSTON, TX 77040

Command:             ** NO MORE DEBTORS **
   F1=Help F3=Menu F4=Prev Screen F5=Refresh F6=CMD F7=Bkwd F8=Fwd F9=Sel
                         @:00.1                                        05/14
```

## Address Search:
- Type - Address
- Type – City
- Type - State
- Type - Zip
- Press – Enter

## EXAMPLE:
- Type:
    - ADDR: 8479 ████████    CITY ██████    ST: TX    ZIP: 77040

```
CPAD150                 Credit Protection Association, LP          Date: 12-29-2003
                          Debtor Master Search #1                  Time: 16:29:57
Bustype/CL:                   Account Number/Sequence:
Last Name :                                 First Name:
Ph:            Addr: 8479                City:                    ST: tx Zip: 77040
CPA Ref :                               SSN :                    CU Acct:
S -----Last Name----- First Name M       --Client---      ----Account Number-----




Command:
   F1=Help F3=Menu F4=Prev Screen F5=Refresh F6=CMD F7=Bkwd F8=Fwd F9=Sel
                         @:00.1                                        067/8
```

# ALTERNATE DEBTOR SEARCH SCREEN

*You may want to use this alternate debtor screen to search for debtors*

- Type - 5
- Press Enter



## WAYS TO SEARCH FOR COLLECTION ACCOUNTS:

1. Client Number
2. Account Number
3. Name (Last Name, First Name)

11

CPA000040

# DEBTOR MASTER FILE INQUIRY

**Screen Information:**
- Reference Number
- Account Number
- Customer Name
- Address
- SSN
- Balance Outstanding
- Equipment Outstanding
- Disconnection Date
- Submit Date
- Closed Date (Date Account Expired)
- Status Code
- Number of Letters Sent

```
CPAD160              Credit Protection Association, LP        Date : 12-29-2003
                   Debtor Master File Inquiry - 1 of 2       Time : 16:46:49
Client: 01         TIME WARNER COMMUNICATIONS   Mult:  181 Setup: 02-16-1999
Acct:    8116(       -  00         Numb Debts:  1          CPA Ref:   274(
Name: ACCOUNT    TRAINING          Status Cd : EXP         Location: EXPIRED
Firm:                              Source Cd :             Notes: N  CSR: 88
Bill: 8483                         For Name..:
Addr:                              Phone #...:( 713 )                 Invalid:
CSZ :             TX 77040 5567    SS Number : 000000000
Addr Chg:   Bad Addr Dt:           DL Number :
Orig: 8483
Arig:                                               Original    Current
CSZ : HOUSTON        TX 77040 5567     Item Cnt:       1           1
Submit Dte: 10-11-1999  Hold Dte....:  Item Amt:    105.00      105.00
Closed Dte: 03-06-2000  Wait Dte....:  Serv Amt:     53.57       53.57
Letter #.:          7   Spec Ltr #.:   Coll Fee:     12.86       12.86
Letter Dte: 02-09-2000  Spec Ltr Dte:  Subm Amt:    171.43      171.43
Strategy #:         1   Disc Dte...: 09-07-1999  Retn Chg:      .00        .00
Strategy Line:    0810  # of Letters Sent:  7   Paid Amt:                  .00
Cr Bureau Approved: Y                  Balance :               171.43

Command:
    F1=Help  F3=Menu  F4=Prev Scrn  F5=Dif Debtor  F6=CMD  F8=DB2  F9=SEL
             F14=NOT  F16=MIS  F17=PMT  F18=DES  F19=HIS
```

*Notice* Highlighted *Command Field — You will type a three-letter abbreviation for the screen you want to view.*

CPA000041

# HISTORY

Type – HIS in Command Field
Press – Enter
Example:



## HISTORY SCREEN:

Example:

12-12-1999 –        Address received from Skip Tracing
10-13-1999 –        1st Letter Mailed
2-9-2000 -     7th Letter Mailed
3-6-2000 –     Account in EXP (Expired) Status
- This particular account was forwarded to the Three Major.



13

CPA000042

## NOTES

### Press <SHIFT F2> Simultaneously

```
CPAD190              Credit Protection Association, LP      Date: 12-29-2003
CPA Reference :            Debtor Notes                     Time: 17:12:49
Bustype/Client: 01 -      _ TIME WARNER COMMUNICATIONS    Service Bal:   53.57
Acct:     8116          - 00  Name: ACCOUNT   TRAINING

Note:   1   Date: 12-29-2003   Time: 17:12:49   User: CR95    Term: LU42
4

Note:       Date:            Time:           User:          Term:

Note:       Date:            Time:           User:          Term:

Note:       Date:            Time:           User:          Term:

Command    add of Note successful
   F1=Help   F3=Menu   F4=PrevScrn   F5=Dif Debtor   F6=CMD   F7=Bkw   F8=Fwd   F9=Sel
             F13=DBT   F16=MIS   F17=PMT   F18=DBS   F19=HIS   F21=DB2
                    0:00.1                                              22/10
```

### NOTES- Disputed Account:

- Type - **ADD** in Command Field
- Enter Appropriate Dispute Code

**Example :**
Customer claims that equipment was returned
- Type - 4
- Press - Enter

> **Dispute Codes:**
> V-    Payment Received
> 2-    Already Paid
> 3-    Account Current/Reconnected Services
> 4-    Equipment/Video Returned
> **5-    DO NOT USE**
> 6-    Incorrect Balance
> **7-    DO NOT USE**
> K-    CEASE AND DESIST
>       **- Make sure that you advise debtor that once account is in K (cease and desist) status the account will automatically go to all Three Credit Bureaus**
> N-    Deceased

### NOTE MISTAKE

- If you made a mistake Type - **Y**
- Press - Enter
- Make your note corrections

14

- Press - Enter

### NOTES – Direct Check Payment

**Example:**
Type: V by DC/VER/CS
- V= Payment Received
- By D/C = Form of Payment (By Direct Check)
- VER = Verified Bank Account Number BACKWARDS
- CS = Agent's First Name and last initial

```
E-tech - EXTRA!® Personal Client                                    

CPAD190              Credit Protection Association, LP      Date: 12-29-2003
CPA Reference :               Debtor Notes                  Time: 17:24:27
Bustype/Client: 01 - 001412 CHARTER COMMUNICATIONS        Service Bal:  60.08
Acct:    8495           - 00  Name: JENNIFER
========================Notes=======================
Note:  1   Date: 12-29-2003   Time: 11:49:04   User: CRAY    Term: LU77
V PIF BY DC//VER/CS


Note:       Date:           Time:           User:          Term:



Note:       Date:           Time:           User:          Term:



Note:       Date:           Time:           User:          Term:



Command
   F1=Help  F3=Menu  F4=Prevscrn  F5=Dif Debtor  F6=CMD  F7=Bkw  F8=Fwd  F9=Sel
           F13=DBT  F16=MIS  F17=PMT  F18=DBS  F19=MIS  F21=DB2
```

CPA000044

## EQUIPMENT SCREEN

- Press <F8>
-
**Cable Equipment Example:**
- Account Name: Account Training
- Description/Model Number: PPView
- Sub: 1
- Liability (Cost of Equipment): $105



**Video Equipment Example:**
- Account Name: ▓▓▓▓▓▓
- Description/Model Number:
    - Kate & Leopold
    - We Were Soldiers
- Sub (Submitted) 2 pieces of equipment submitted
- Ret (Returned) 2 items returned
- Liability (Cost of Equipment) Kate & Leopold = $101.99 & We Were Soldiers = $14.99

CPA000045

# CLIENT MASTER SCREEN

Type <CL1> in the command field
This will bring up the client master screen

Screen Information:
- Client Name
- Client Address
- Phone Number
  -*Always use Main Telephone number*

*NEVER DISCLOSE CONTACT PHONE NUMBER OR NAME TO DEBTORS*

*Example:*

# PAYMENTS AND UPDATES SCREEN

- Type - **PMT** in Command Field
- Press – Enter

**Screen Information:**
- Place Account on Hold (Dispute Status)

**Dispute Example:**
*Debtor claims that account was paid.*

- Tab to HOLD
- Enter Correct Dispute Code (2)
- Press Enter

```
E-tech® EXTRA!® Personal Client
CPAP210          Credit Protection Association, LP        Date: 01-05-2004
Date: 01-05-2004  Payments and Updates - Data Entry by: CR93   Time: 14:13:54
Item: 0001            USER BATCH HEADER OF 99 222293
Batch Type: PC   BusType/Client: 01        TIME WARNER COMMUNICATIONS
CPA Ref :                         Client Ref :   8116          00
Last Name              First Name  MI
TRAINING              ACCOUNT             --------------Return--------------
                              Amount    Items: (Quantity and Code)

                                        --------------Cancel--------------
   Cancel     Apology    Credit      Items: (Quantity and code)
Bankrupt      Hold 2  Release
    User PC Batch with today's date opened by the Program
              --------- Look up in Client: 01 - 001701 ---------
Cli Ref:    8116606010065637 - 00   Debts:   1   Serv    :     53.57  Items:
  Debtor: ACCOUNT      TRAINING              Conv    :    105.00   1A
         8483                              Retn Chg:      0.00
                                          Coll Fee:     12.86
                 TX 77040 - 5567          Balance :    171.43
  Status: EXP Notes: Y      Totals =  Items:      0  Amts:      0.00
Command: ADD
 F1=Help  F2=DS2  F3=Menu  F4=Prev Scrn  F5=Refr  F6=CMD  F7=Bkw  F8=Fwd  F9=Sel
        F12=Entry Mode F13=DBT F14=NOT F16=MIS F18=DBS F19=HIS F21=DB2
```

**List of Dispute Codes**
**Dispute Codes:**
V- Payment Received
2-  Already Paid
3-  Account Current/Reconnected Services
4-  Equipment/Video Returned
5-  **DO NOT USE**
6-  Incorrect Balance
7-  **DO NOT USE**
K-  CEASE AND DESIST
**Make sure that you advise debtor that once account is in K (cease and desist) status the account will automatically go to all Three Credit Bureaus**
N- Deceased

CPA000047

# FAX REQUEST

- Type – FAX in command field
- Press – ENTER

Example:

```
CPFX001              Credit Protection Association          Date: 12-30-03
                     Fax/Email/Print Letter Menu            Time: 16:12:18

Bustype: 01   Client:
Acctnumb:     8116          Acctseq: 00
----------------------------------------------------------------------
S         Letter Descriptions
----------------------------------------------------------------------
  6132 – Paid(Sent At Receipt Of Payment) – Credit Bureau Account
  6131 – Paid – Credit Bureau Account
  6133 – Cancel/Delete – Credit Bureau Account
  6134 – Cancel/Delete-Fraud – Credit Bureau Account
  6135 – Delete-2nd Placements – Credit Bureau Account
  6211 – Paid – Account Not At Credit Bureau – Cable
  6221 – Paid – Account Not At Credit Bureau – Video
  6231 – Paid – Account Not At Credit Bureau – Generic
  6213 – Cancel/Delete – Account Not At Credit Bureau – Cable
  6233 – Cancel/Delete – Account Not At Credit Bureau – Generic
  6136 – Credit Bureau Account – Mistake
  6137 – Demand Letter – Credit Bureau Account
  6339 – Check Received Confirmation
Please Select Desired Letter Type

                  PF4-Return to Previous Screen
```

- Select letter by placing an X next to appropriate letter
- Press – Enter

```
CPFX001              Credit Protection Association          Date: 12-30-03
                     Fax/Email/Print Letter Menu            Time: 16:13:55

Bustype: 01   Client:
Acctnumb:     8116          Acctseq: 00
----------------------------------------------------------------------
S         Letter Descriptions
----------------------------------------------------------------------
  6132 – Paid(Sent At Receipt Of Payment) – Credit Bureau Account
  6131 – Paid – Credit Bureau Account
X 6133 – Cancel/Delete – Credit Bureau Account
  6134 – Cancel/Delete-Fraud – Credit Bureau Account
  6135 – Delete-2nd Placements – Credit Bureau Account
  6211 – Paid – Account Not At Credit Bureau – Cable
  6221 – Paid – Account Not At Credit Bureau – Video
  6231 – Paid – Account Not At Credit Bureau – Generic
  6213 – Cancel/Delete – Account Not At Credit Bureau – Cable
  6233 – Cancel/Delete – Account Not At Credit Bureau – Generic
  6136 – Credit Bureau Account – Mistake
  6137 – Demand Letter – Credit Bureau Account
  6339 – Check Received Confirmation

                  PF4-Return to Previous Screen
```

19

CPA000048

## Fax Request

- Type - To
- Type - Fax Number



- Press –ENTER



20

CPA000049

## INBOUND COLLECTIONS

### Client Codes:

01-   Cable
02-   Newspaper
03-   Medical/Radiology
04-   Banks
05-   Video (Hollywood/Blockbuster)
07-   Time Warner Cable and Pager Services
08-   Telephone Service

**HIS-**   History Screen: Shows any notes that an agent has taken and hold codes that are necessary for fellow agents to reference

**SHIFT F2-**   Notes Screen: Notes Screen: Shows ant notes that an agent has taken and hold codes that are necessary for fellow agents to reference

**PMT-**   Payment Screen: All accounts that are disputed or paid MUST be coded in order for all collection efforts to cease

**F7-**   After coding an account the screen will clear out, F7 will retrieve the account so you can move on to the note screen

**CL1-**   Client Info Screen: Client information such as client name, address, and telephone number

**SHIFT F4-**   Address Change- Address Change
- Trans Code - **6** Bad Address
- Trans Code – **9** New Address Update

   *NOTE: Only accounts that <u>have not</u> been reported to the Credit Bureau may be changed*

**F8-**   Any and all items (Equipment or Video) customer may have or has that are property of Client

**F4-**   Will return you to the previous screen you were at

**F3-**   Return to the Main Menu

**F5-**   To clear all info in the Debtor Master Search

21

## STATUS CODES

**EXP** – Expired Account:   Closed at local office and must be paid to CPA

**PIF** –   Paid in Full:   Paid in Full (Account is clear)

**ACT** – Active:   Customer is still receiving letters from CPA

**DEL** – Deleted:   Removed from customer's credit report due to error by Client or account was pulled from our files and forwarded to a secondary agency

**CAN** – Cancel:   Account was canceled per Client's request

**MRT** – Mail Returned:   CPA was unable to successfully contact the customer by mail due to a possible bad address. Also a reason that the account may have been submitted to the customers credit report

**TSM** – Too Small Amount:   Customer is no longer receiving letters for the amount due. However, customer is still responsible for the debt if it is over .99 cents. Anything under .99 cents will be cleared

**NCD** – No Charge Deletion:   Deleted from CPA account is clear

**UTL** – Unable to Locate:   Also a reason that the account may have been submitted to the customers credit report

**PAF** – Paid as Full:   Customer made payment at local office and settled account for lesser amount

**BNK** – Bankruptcy:   Customer filed bankruptcy

**DSP** – Dispute:   Customer called to dispute the bill account has been sent to Client to be investigated

CPA000051

## HOLD CODES

**V**   **Payment Received**
Proper hold code if a payment is processed over the phone.

**2**   **Already Paid**
Proper hold code if the customer states that they sent a payment to the client.

**3**   **Account Current/Reconnected**
Proper hold code if the customer states they have current service with the Client.

**4**   **Equipment/Video Returned**
Proper hold code if a customer calls and states that any and all equipment has been returned.

**5**   Dispute/Fraud **DO NOT USE**
Proper hold code if customer calls to state that they never did any business with the Client we are collecting for.

**6**   **Incorrect Balance**
Proper hold code if a customer calls to state that the balance that CPA reflects does not match that of the local office.

**7**   Itemized Statement **DO NOT USE**
Proper hold code if a customer calls to state that they need detailed information pertaining to their account. They client will send the statement.

**K**   **Cease and Desist**
Proper hold code if the calls to state that they no longer wish to be contacted by CPA. Explain to customer that upon placing his/her account under a Cease and Desist it places his/her account in jeopardy of being reported to the Credit Bureau. Further explain that in order to speak to him/her in the future CPA will require a certified letter releasing the Cease and Desist

**N**   **Deceased**
Proper hold code if a customer is deceased. Code only after CPA has received a copy of death certificate serving as proof.

CPA000052

## INBOUND TRAINING

### How CPA Acquires Debtor Information:
- Provided by the client

### Why the Debtor is at CPA:
- Debtor received letters and phone calls from the client and failed to pay their account on time.

### When an Agent can Terminate a Call:
**NEVER**
- When a customer is being abusive towards an agent and the call escalate beyond the agents control. ███████████████████

### When to Transfer a Call to Manager:
- ████████████████████████████████████████
- ████████████████████████████████████████
- ████████████████████████████████████████

### Customer Service:
- ████████████████████████████████████████
- ████████████████████████████████████████
- ███████████████████████████████ng.
- ████████████████████████████████████████
- ████████████████████████████████████████

### Call Length:
███████████████████████████████████████████

### Switchboard call:
- ████████████████████████████████████████

### Payments:
- ████████████████████████████████████████

CPA000053

**3rd Party Disclosure Law:**

- An account may only be discussed with the debtor and/or the spouse of the debtor. The only way that a 3rd party may inquire on an account is if the 3rd party is accompanied by the debtor and/or if the customer is under the legal age of 18. (Account information is only released to the Parent/Guardian of the minor)

- P.O.A (Power of Attorney)

- Release Authorization from 3rd Party.

**Skip Tracing:**

_[redacted]_

## CREDIT BUREAU

**Our Account Number is Different than Number on Credit Bureau Report:**

_[redacted]_

**Account – Credit Bureau Reported:**

How to tell if account has been reported to the Credit Bureaus (Trans Union, TRW, Experian):





**Date the Account will be Forwarded to the Credit Bureaus:**

_[redacted]_

CPA000054

**Guaranteeing an Account will not Go to the Credit Bureau by Credit Protection:**

**When are Credit Bureaus Updated?**

**Deleting Accounts from Credit Bureau:**

**Reasons why Debtor File Dispute with Credit Bureau:**

## PAYMENTS

**Debtor has Multiple Accounts to PAY:**

**Credit Card Payments:**

**CONVENIENCE FEE:**
Credit Protection Association charges a convenience fee of **$7.50** for all transactions via telephone with an Agent through the DirectPay System.

**Online Payments:**
Customers have the option of paying online at **PAYCPA.com.** As mentioned above the customer will have to pay a convenience fee but the fee will only be **$4.95** for each transaction.

The customer may also contact **800-418-8144** to make a payment over the phone through our automated payment system. Fee for each transaction is also **$4.95.**

## Why Some Direct Checks Take So Long to Process:

Some accounts are "DND" accounts, "do not deposit." We must mail the check to the company. They cash it then update our records. This takes time. **This will also affect the online payments at PAYCPA.com and 800-418-8144. DirectPay payments will also be affected.**

## Settlements on Accounts:



## Payment Arrangements:

## E-TECH

## Collection Letter Series:

- Collection letters are sent out every **17 business days**
- CPA's collection efforts will cease after 7 letters have been mailed out without a response from the debtor or until our client instructs us to forward the account to the three major Credit Bureaus. **(see CL3)**
- We will notify the client that our collection efforts were unsuccessful.

## Name Change:

We never change the name on the account for **ANY** reason.
- Only the client can change the name on the account.

CPA000056

## Address Change:

### You can only change addresses on an ACTIVE Account

- DO NOT change an address if the account has been reported to the credit bureaus.
  
  *(Doing so releases the account from the credit bureaus and starts the letter series again)*
- You cannot insert C/O (care of)

# DEBTOR CIRCUMSTANCES

## Debtor Filed Bankruptcy:

Do not inform the customer we are updating the account.

Immediately code the customers account and if the debtor has their bankruptcy file available, make a note of the file number on their account. Also, inform them that need to fax/mail their discharge papers to CPA.

## Debtor Deceased:

CPA will automatically update account as deceased; we do not have to receive a copy of the customers Death Certificate.

## Debtor Incarcerated:

Code it "Cease and Desist". Make a note in the system.

- *This is not the same as a requested "Cease and Desist".*
- The debtor may inquire about the account once released from prison.

## Debtor Requests "Cease and Desist":

- Place account on K hold
- Place note in E-TECH that debtor requested "cease and desist" & that we will not speak with debtor again unless they mail CPA a written release

## Debtor Wants to Reconnect Cable Service:

They need to pay the local cable office. If they pay us the money goes into an account for the cable company. The Cable Company does not draft this money until the next month. The customer can not get reconnected until then.

## Debtor wants Client phone number & address:

- Only give out the MAIN Phone Number

CPA000057

- **Mailing Address:**
  CPA
  P.O. Box 802068
  Dallas, TX 75380

## CLIENT INFORMATION

**Client Contacts CPA Collection Department**
ALL calls received by CPA form a Client representative should be transferred to:
- **Client Services –** ▓▓▓▓▓▓
- **Blockbuster NSF –** ▓▓▓▓▓▓

## BLOCKBUSTER VIDEO

**Blockbuster Video Account Showing Equipment Only**
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Hollywood and Blockbuster Video Payment Update**
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

CPA000058

## HOLLYWOOD VIDEO

**Client Code:**
05-690300/690400: These Client numbers will pull up any and all Hollywood Video accounts provided you have the first and last name of the debtor.

**Payment:**


**30% Discount:**

**Amount Due:**

**Local Stores:**

**Phone Numbers:**
Hollywood Video Corporate Office

## PAYMENT SCRIPT

**Agent Response:**

[REDACTED]

**Customer response:**

[REDACTED]

**Agent Response if NOT Reported to the Credit Bureau:**

[REDACTED]

**AGENT response if REPORTED to the Credit Bureau**

[REDACTED]

31

## Response & Rebuttals

I want to speak to a manager.

I returned the video to Hollywood.

I don't want anymore letters coming to my house.

If I pay this will you delete it.

The ((company)) said they would delete this.

The ((company)) told me they notified you.

My child is in the Armed Service or in College and is not able to call you.

I want to pay my account and get my service reconnected.

I will handle this with Hollywood Video.

Why can't I just buy a video at Wal-Mart and return it to Hollywood.

Hollywood said I could buy or return the video and pay the late fees.

# COLLECTION UNDER F.D.C.P.A.

**I.     DEBTOR CONTACT (Sec 805 & Sec 806 (5)**

**A. How often?**
According to the FDCPA, there is no stated number of calls we are permitted to make. However, certain state laws may restrict the number of calls that we are permitted to make.

**B. When?**
According to the FDCPA, debt recovery specialist are limited to call debtor's between the hours of 8 am - 9 pm LOCAL TIME AT THE DEBTOR'S LOCATION. If we know that any time between the hours of 8:00 am-9:00 pm would be inconvenient to contact the debtor, then we must not call during those times. Also, we may call before 8:00 am or after 9:00 pm with permission from the debtor (which does not have to be in writing but must be documented in the notes screen of the agreement.)

**C. Where?**
The FDCPA states that a debt recovery specialist may call at the debtor's home or place of employment. Certain state laws may differ. However, if the place of employment gives you an indication that they prohibit **COMMUNICATION**, you **MUST** remove the P.O.E. phone number from the screen and ask for a valid telephone number to reach the debtor

**D. Who?**
If a debtor is being representative by an attorney, we need that claim substantiated. Acceptable means of proof would include:

1. A phone call from the representing attorney.

2. A letter ( faxed or mailed) from the representing attorney stating that he/she is representing the debtor in this matter.

Once we have indication that the debtor is being represented by an attorney the CSR needs to check with management before making another debtor contact..

Communication regarding a debt collection matter is permitted with the following individuals.

1. Debtor
2. Spouse
3. Attorney
4. Parents/Legal Guardian
5. Anyone who has debtor consent
* If the debtor was a minor when services were rendered, but is no longer a minor at the time of contact, you must now speak with debtor.

### E. CEASING COMMUNICATION

If a debtor wants us to cease communication ( phone calls and mail correspondence) we need that request sent to us in writing. This letter may be sent by the debtor or by the debtor's attorney ( or by the debtor's spouse, executor, legal guardian, parents of a minor or anyone that has debtor's consent.) According to the FDCPA a verbal request does not bind us to cease communications.

Please note-CPA's policy is that when we have been notified that a debtor wants us to cease and desist we remove the phone number and code the account with a **K,** also be sure and note the account that it was requested. Once a cease and desist is on the account you can not speak to the debtor regarding the account unless the cease and desist has been revoked in writing.

## II. HARASSMENT OR ABUSE (SEC 806)

A.  A CSR cannot say or imply that any physical harm or criminal behavior will occur if payment is not made.

B.  CSR's may never use profane language. Any language that will abuse the hearer or reader is prohibited as well.

C.  If a debtor hangs up on a CSR, the CSR should maintain focus and continue taking calls from other debtor's. The CSR should **NOT** call the debtor back and allow the phone to ring in order to annoy the debtor.

D.  A CSR must disclose his/her identity when placing telephone calls to debtor's. This includes name (an alias or desk name is permitted as long as it used consistently and recognizable), company name and name of the client that we are representing..

## III. FALSE OR MISLEADING INFORMATION (SEC 807)

A.  A CSR may not imply the he/she is with the United States Government or any other state government.

B.  1)  We may not falsely imply:

The Character:The nature of the debt (who the debtor owes or what they owe it for)

The Amount:  We may not claim the debtor owes more or less than he/she really owes.

The Legal status: We cannot imply that legal action has already begun

C.  A CSR cannot imply that he/she is an attorney or that any communication is from an attorney.

D. A CSR cannot falsely represent that non-payment of a debt will result in imprisonment, seizure, garnishment or sale of property.

E. A CSR may not threaten legal action.

F. Collection agencies may not inform debtors that his/her rights might be adversely affected as a result of the possible sale of the debt to a new party.

G. It is not a crime to be a debtor- there are no more debtor prisons. Past due debt is not a crime.

H. If a CSR knows that a debt is being disputed by the debtor the CSR must code the account accordingly and generate the account back to the client for verification.

I. The phrase "This is an attempt to collect a debt, any information obtained will be used for that purpose..." is commonly known as the CSR's Oral Disclosure Notice or the Mini Miranda. The American Collector's Association recommends that all CSR's use this phrase on every collection call.

J. A CSR should not use any business, company or organization name other than Credit Protection Association.

## IV  UNFAIR PRACTICES (SEC 808)

A. A collection agency may not add any interest, fees, charge or expenses to the principal amount of the debt

3

B. A collection agency, when accepting a post-dated check from the debtor, must send a letter of intent to deposit to the debtor. The letter must be sent no more the 10 nor less than 3 business days prior to deposit if the check is dated for more than 5 business days.

C. A CSR cannot ask for a post dated check from any debtor for the purpose of threatening or instituting criminal prosecution against that individual.

D. A CSR may not deposit or threaten to deposit a post dated check prior to the date on the check.

E. A CSR cannot repossess or threaten to repossess property unless it is legal and there is actual intent to do so.

F. An agency may not communicate with a debtor regarding a debt with a post card.

G. A collection agency must not include any information other than its address on the outside of the agency's envelope; however the business name may be used as long as that name does not indicate that the agency is in the debt collection business.

## V  VALIDATION OF DEBTS

CPA000064

A.  We are required to notify the debtor that he/she has 30 days to dispute the validity of the debt. If we do not hear from the debtor we then assume the debt is valid.

VI.  **MULTIPLE DEBTS**

A.  If the debtor has multiple debts and makes a single payment–the payment has to be applied according to the debtors instructions and may not be applied to an account which is in dispute.

CPA000065

## F.D.C.P.A. QUIZ

1. Is a debt counseling service covered under the law?

2. Is the CSR allowed to call the employer of the debtor.

3. Is a CSR allowed to ask for help of third parties such as neighbors, friends and relatives in collecting a debt.

4. What about the use of postcards in debt collection? What does the law say?

5. How often may a CSR communicate with a debtor?

6. When may a CSR communicate with a debtor?

7. What happens when a CSR knows that a debtor is being represented by a attorney?

8. Is a CSR required to disclose that he is attempting to collect a debt?

9. Does the law permit the use of alias?

10. Is an agency allowed to add interest to a past due account he/she is attempting to collect?

11. Can agencies accept post dated checks?

CPA000066

# DIRECTPAY

## DIRECTPAY LOGIN

- Type – User ID
- Press – Tab
- Type – Password
- Click LOGIN **Once**



# DIRECTPAY

## DIRECTPAY ACCOUNT LOOKUP

**Customer must have their CPA Reference Number and Zip Code Available:**
- Type. – Customer Reference Number

Click on VIEW ACCOUNT



# DIRECTPAY

## DIRECTPAY DEBTOR SCREEN

**Debtor Screen contains all relevant information to customers account in ETECH :**

- Review the Customer's information to Establish the Reason of the Call
- Determine if the customer wishes to **Make a Payment** or **Dispute** the account.
- Select the OPTION that meets the customers needs located at the bottom of the screen

**SELECT ONE:**

CLICK HERE FOR SECURE PAYMENT BY CHECK
CLICK HERE FOR SECURE PAYMENT BY CREDIT CARD
CLICK HERE TO DISPUTE ACCOUNT



CPA000069

# DIRECTPAY

## DIRECTPAY PAYMENT PROCESSING

The Personal Check or Credit Card Information being utilized must belong to the Customer on the account and may only be given out to the Agent by the Customer on the account.

If a 3rd party wishes to make a payment on the account the first rule applies except that the 3rd party must know how much they are paying and the Agent cannot inform them of any additional information before or after the payment is taken.

- **BILLING DETAILS:** The highlighted area **MUST** be completed first before any Payment Information is taken.
- **CHECK DETAILS:** After the Highlighted Area has been filled out then the Agent may proceed to the right side of the screen.



CPA000070

# DIRECTPAY

## DIRECTPAY PAYMENT SUBMITTING

Once the payment information has been read back to the customer and verified as correct, the Agent must inform the customer that a convenience fee of $3.95 will be added to the amount of the payment:

- **PAYMENT AUTHORIZATION:** Click on the box once to add the fee. A red check mark will show.
- **SUBMIT PAYMENT:** Click on the Submit Payment **ONLY ONCE**



CPA000071

# DIRECTPAY

## DIRECTPAY ACCOUNT DISPUTING

Agent must determine which dispute will meet the customers needs and select the reason below.

- **REASON FOR DISPUTE:** Click on the correct dispute and a black dot will appear.
- **SUBMIT DISPUTE:** Click **ONLY ONCE** on the submit Dispute Button.

### Reason For Dispute :

PLEASE READ THE FOLLOWING TO DISPUTER :

Select One : **

○ **Account Paid**
   *(the account balance is already paid in full)*

○ **Account Current/Reconnected**
   *(the account has been reconnected and standings are current)*

○ **Item Returned**
   *(the equipment or video tape has been returned)*

○ **Incorrect Balance**
   *(the amount due is incorrect)*

○ **Need a Statement**
   *(for written validation of statement of the debt)*

○ **Denial of Debt**
   *(if you or your spouse did not incur this debt, nor had service with the original creditor)*

### Email Address :

Email Address (For Sending Dispute Confirmation) :

### Submit Dispute :

**WARNING!** Clicking the Submit Dispute button will submit your dispute with the above selection. Verify that your reason for dispute is correct before proceeding. Do not click more than once! For security purposes, this process may take up a minute or two, as the information you have provided is processed.

43

CPA000072

# Work Order / Customer Agreement   COMCAST.

| | | | TASK |
|---|---|---|---|
| INSTALLER JOB | 373?  5F | | INSTALL |
| WORK DATE | 05/09/09   2:00-5:00P | | CHANGE OF SERVICE |
| | | | CHANGE OF SERVICE   19 |
| ADDRESS | | | INS STND OH SF |
| NAME | SHERONE  JOHNSON | | CHANGE OF SERVICE |
| | | | AO SAME |
| PHONE | 8550 /BUS | | |
| SALESMAN | W21 CAMPAIGN WPB CC RETENTION | | CORP# 1641/NODE:P50041 |
| | | | INT-VOD-HDT-DVR-CDV |
| ORDER DATE | 05/07/09 COMPLEX?  BY W21 | | |
| | *** R.U.E. | | |

SPECIAL INSTRCTS   SPP/N/A

COMMENTS   .8550. digi pre transfer & 1 a/o

| | UG  OH. | CERTIFIED |
|---|---|---|
| DROP | ✓ | Y ✓ N |
| EXISTING OUTLETS | | |
| AREA | ROUTE  UNITIALS | |
| | 5/U22S | 11/H701  0133446 |

| CCOUNT NO. | 19758107 | COD $TRANSFER | SERVICES | CHARGES |
|---|---|---|---|---|
| INSTALLATION CHARGE | $ | | $3 1 INST A/O | 0.00 |
| | | | $A 1 VIDEO INST | |
| MONTHLY SERVICE CHARGE | $ 45.90 | | LQ 1 STANDARD A/O | 0.00 |
| | | | 04 1 IPPV | 0.00 |
| DEPOSIT | $ | | T7 1 DGT PREF+/HZ 4P | 39.95 |
| | | | T8 1 SHOWTIME 6M | 5.95 |
| PAID IN ADVANCE | $ | | | |

LAST PAYMENT  $        DATE

| WORK COMPLETED | | CONVERTERS | CONVERTER REPLACEMENT |
|---|---|---|---|
| DATE 5/05/09 | MONEY RECEIVED | SAB G25KRV | |
| TIME 180pm AM/PM | DEPOSIT | | |
| INSTALLER/TECH 322 | 1ST ATTEMPT DATE ___ TIME ___ 1 | $A 1 04 1 T7 1 T8 | |
| BONDED YES ✓ NO | 2ND ATTEMPT DATE ___ TIME ___ 2 | $3 1 LQ 1 | |
| ADDITIONAL WORK REQUIRED | REFERRED TO 3 | | |
| IP MODEM / EMTA | 4 | | |
| IP MODEM/EMTA LOCATION | 5 | | |
| P EMTA TO-188.16-2 QECH BOX LOCATION FIX/living room | 6 | | |
| 05/07/09 INSTALL  0. | 7 | | |
| | 8 | | |

## SIGNAL READING

| Channel | Video | Audio | | Optimum | Actual |
|---|---|---|---|---|---|
| Chnl 3 | 6/+ | | Upstream TX. | (36-52) | |
| Chnl 89 | 4+ | | Downstream PWR. | (+10 to -10) | |
| Chnl 86 | 1 + | | Downstream S/N. | (30-60dB) | |
| | | | Upstream S/N Ratio. | ≤(28dB) | |
| | | | QoS/CDV | (4 - 5) | |

## FIX CODES

| Sub Drop | Trunk/Distribution |
|---|---|
| ☐ ☐ ☐ | ☐ ☐ ☐ |

COMMENTS
INSTALL        804
RECD 1A/O      509X2

CUSTOMER APPROVAL

By signing below, I represent that I am at least 18 years old; I am the owner of, or tenant in, the premises at the above address and that the installation, repair or other work provided has been satisfactorily completed. If this Work Order relates to the initial installation of services, I acknowledge receipt of Comcast's Welcome Kit(s) which contain the Comcast subscriber agreement(s), the Comcast subscriber privacy notice(s) and other important information about the service(s).  I agree to be bound by the Comcast subscriber agreement(s) which constitute the agreement(s) between Comcast and me for the service(s).  If other non-installation work was provided, I agree to continue to be bound by the current Comcast subscriber agreement(s).  I authorize Comcast to obtain a credit report from a consumer credit agency in connection with the provision of the service(s) I am receiving. IF I SUBSCRIBE TO COMCAST DIGITAL VOICE, I ACKNOWLEDGE MY RECEIPT AND UNDERSTANDING OF THE E911 NOTICE/ON THE BACK.

Date: 5/05/05        X _____ CPA000075
                     Customer's Authorized Signature

OFFICE COPY