# EXHIBIT 3

Page 1

1              UNITED STATES DISTRICT COURT

              SOUTHERN DISTRICT OF FLORIDA

2          Case No.:  11-80604-Civ-Marra/Johnson

3     SHERONE C. JOHNSON,

4          Plaintiff,

5     v.

6     CREDIT PROTECTION ASSOCIATION, L.P.,

7          Defendant.

8     _____/

9

10    *********************************************

              ORAL DEPOSITION OF

11              JUDI CHMIELOWIEC

              10 APRIL 2012

12              VOLUME 1

      *********************************************

13

14         ORAL DEPOSITION of JUDI CHMIELOWIEC, produced as a

15    witness at the instance of the Plaintiff, and duly

16    sworn, was taken in the above-styled and -numbered cause

17    on the 10th day of April 2012, from 1:14 p.m. to

18    p.m., before TAMMY DICKSON CROSS, a Certified Shorthand

19    Reporter in and for the State of Texas, reported by

20    machine shorthand, at the offices of Connexus, Inc.,

21    10000 North Central Expressway, Suite 1150, Dallas,

22    Texas  75231, pursuant to the Federal Rules of Civil

23    Procedure and the provisions stated on the record or

24    attached hereto.

25

**Page 2**

```
 1          A P P E A R A N C E S
 2
 3  FOR THE PLAINTIFF:
        Mr. Donald A. Yarbrough     (Via videoconference)
 4    ATTORNEY AT LAW
        2000 East Oakland Park Boulevard, Suite 105
 5    Fort Lauderdale, Florida 33306
        Telephone: (954) 537-2000
 6    Facsimile: (954) 566-2235
        E-mail: donyarbrough@mindspring.com
 7
 8  FOR THE DEFENDANT:
        Ms. Barbara Fernandez     (Via videoconference)
 9    HINSHAW & CULBERTSON, LLP
        2525 Ponce de Leon Boulevard, Suite 400
10    Coral Gables, Florida 33134
        Telephone: (305) 358-7747
11    Facsimile: (305) 577-1063
        E-mail: bfernandez@hinshawlaw.com
12
13
14
15
16
17
18
19
20  ALSO PRESENT:
        Ms. Noelia Clemons
21
22
23
24
25
```

**Page 3**

```
 1          I N D E X
 2  Appearances                    2
 3  JUDI CHMIELOWIEC
 4    Examination by Mr. Yarbrough          4
 5  Reporter's Certificate              43
 6  EXHIBITS
                    PAGE
 7  NO.  DESCRIPTION            IDENTIFIED
 8    Deposition Exhibit E            5
      Office of Financial Regulation
 9    correspondence, confirmation,
      e-mail, certificate
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1          P R O C E E D I N G S
 2      (Rule 30(b)(5)(A) waived.)
 3          JUDI CHMIELOWIEC,
 4  having been first duly sworn, testified as follows:
 5          EXAMINATION
 6  BY MR. YARBROUGH:
 7    Q   Good afternoon.  My name is Don Yarbrough.  I
 8  represent the plaintiff.  And could you please state
 9  your name for the record?
10    A   Judi Chmielowiec.
11    Q   Okay.  And, Ms. Chmielowiec, could I get the
12  spelling of your last name, please?
13    A   C-H-M-I-E-L-O-W-I-E-C.
14    Q   Wait a second.  E -- I'm sorry.  C-H-E-M --
15    A   C --
16    Q   -- and then what --
17    A   No, no, no, no, no.  C-H-M, as in mother --
18  I-E --
19    Q   Okay.
20    A   -- L-O-W-I-E-C, as in cat.
21    Q   I see.  Okay.  And you're -- is it all right
22  if I call you Judi?
23    A   Please do.
24    Q   Judi, what is your position at Credit
25  Protection?
```

**Page 5**

```
 1    A   Licensing coordinator.
 2    Q   Okay.  So you're -- you're the person that
 3  takes care of all the licensing for the debt collection
 4  licenses?
 5    A   Yes, sir.
 6    Q   Okay.  Now, I understand that your -- you
 7  produced some documents this afternoon -- or this
 8  morning to me or maybe late yesterday.  Are -- and they
 9  were -- there's a letter.  And I think the reporter has
10  this.  It's Exhibit E, as in Edward.
11          MR. YARBROUGH:  If -- if you could show
12  it to the -- to Judi, please, I'd appreciate it.
13          THE WITNESS:  Could you hand me my
14  glasses?  I'm sorry.
15          Thank you.
16          THE REPORTER:  You're welcome.
17    A   Yes.
18    Q   Okay.  Now, this let -- is a -- do you see the
19  first thing there?  It's a letter and it's got a -- a
20  handwritten date down at the bottom.  It says 12/7/09.
21    A   Yes, sir.
22    Q   Okay.  Now, that's a letter that the State of
23  Florida is telling you that your license is going to
24  renew at the end of 2009 -- that -- excuse me -- that
25  you have to renew it at the end of 2009?
```

Veritext Florida Reporting Co.

Page 6

1    A    That -- yes, that's the letter that says it's
2  time to renew for the new yearly renewal --
3    Q    Right.  Because those --
4    A    -- of --
5    Q    -- licenses are -- are kept on a calendar year
6  basis, right --
7    A    That's correct.
8    Q    -- January 1st to December 31st?
9    A    Yes.
10   Q    Okay.
11   A    January 1 of that year and it goes through
12  12/31 of that year.
13   Q    Okay.  Now, you -- this is a -- a letter --
14  this letter that apparently doesn't have a date on it,
15  other than the handwritten date that we just mentioned,
16  but this is a letter that your -- that you received,
17  right?
18   A    Yes, I received it from the State of Florida.
19   Q    Okay.  And you received it sometime in
20  December of '09?
21   A    Yes.
22   Q    Okay.
23   A    Actually, I probably received it in November
24  and --
25   Q    Okay.

Page 7

1    A    -- and I -- I renewed the license in December
2  of '09 for the 2010 year.
3    Q    All right.  Now, when you renewed the license
4  in -- at that time, do you -- did you correct these --
5  the spelling -- well, first, let -- excuse me.  Let me
6  start again.
7          And -- and you notice on this letter, it
8  does have the word protection in the -- the name of your
9  company is spelled P-R-O-T-E-C-T-O-N; is that right?
10   A    That's correct.
11   Q    Okay.  But that's not the way your -- your
12  firm spells its name, right?
13   A    That's correct.  It is not the way we spell
14  it.
15   Q    Okay.
16   A    But I can't control their typos.  That's --
17   Q    Okay.
18   A    -- their problem, not mine.
19   Q    Okay.  Now, did you ever notify the State of
20  Florida at any time that their -- that your firm's name
21  was incorrect in -- in their records?
22   A    I did not notify them.
23   Q    Okay.  What -- what did you do when you
24  realized -- I mean, did you do anything to notify --
25  okay.  You didn't notify them --

Page 8

1    A    No.
2    Q    -- but did you do something else?
3    A    Well, when I renewed, I --
4    Q    Right.
5    A    -- requested that they correct their
6  misspelling of our name.
7    Q    You did?
8    A    Yes.
9    Q    How -- how did you request that?
10   A    I called their IT department or whatever I was
11  calling and they -- they sent me through -- see, they
12  now do an on-line renewal.  That happened --
13   Q    Right.
14   A    -- like in the past couple of years.  And so
15  he walked me through.  I said, you know, can you change
16  this and he walked me through the -- their process of
17  how to change it on-line.
18   Q    Now, who was that that you were speaking
19  with?
20   A    I have no idea.  An agent or a representative
21  of what they call REAL System, which is the Florida's
22  Financial Regulation Office's on-line service.
23   Q    Okay.  And when did you do that?
24   A    I don't remember.
25   Q    So was it in 2009?

Page 9

1    A    Honestly, I don't remember.  You mean, like
2  did I do it in 2009 for the 2010 renewal?
3    Q    Did you do it during the year of 2009?
4    A    I don't remember.
5    Q    Did you do it during the year of 2010?
6    A    Honestly, I don't remember.
7    Q    Did you do it during the year of 2011?
8    A    I don't remember.  Honestly, I don't.
9    Q    So it could have been done during the year of
10  2011?
11   A    Could have been.  It could have been whenever
12  they decided to pick up the correction.
13   Q    Pick up what?  Oh --
14   A    Of the spelling of the name.
15   Q    How many times did you call them?
16   A    Once, that I remember, on that occasion.  I
17  mean, I -- I license states all over the United States,
18  so I don't -- honestly, you're asking me a question of
19  memory from one state's renewal.  I honestly cannot tell
20  you exactly what date or what year I did that.  I --
21   Q    Okay.
22   A    It's -- it's just a process I go through every
23  year for all the different states, so it's hard to --
24   Q    Well --
25   A    -- remember that.

3 (Pages 6 - 9)

Page 10

1  Q   Okay. Do you have any records that would show
2  when you made that call?
3      A   Not unless I wrote it down. I have no idea.
4  They told me not to bring any files, so, no, I wouldn't
5  have record of it.
6      Q   Is there any record?
7      A   I'm sorry?
8      Q   Whether or not it's with you here today, is
9  there any record of -- of that call?
10     A   No. I have no official record. If I made any
11 kind of written note -- notation, but I don't have
12 anything official. This isn't like an official part of
13 the licensing. It would have just been a general --
14 just correcting a typo that they had made and requesting
15 that they correct it. But --
16     Q   Uh-huh.
17     A   -- I was given the information that -- from
18 the Office of Regulation that that would not be a
19 problem for locating our company name. All they have to
20 do, they said, was to call their office. It's a public
21 access office. If you're looking for a consumer
22 collection agency, they told me, they said, all you have
23 to do is call them and they'll be glad to confirm that
24 we are certified, have a certificate with them.
25     Q   And who was it that told you that?

Page 11

1      A   That would be an officer of the -- at the
2  regulation department.
3      Q   When -- when -- was that a -- a telephone
4  conversation as well?
5      A   Yes.
6      Q   And when did that occur?
7      A   I don't remember the date. Honestly, I don't.
8      Q   Well, was it in the year of -- was it after
9  you got this lawsuit?
10     A   I don't know. When -- when did the lawsuit
11 start? I have no idea.
12         THE WITNESS: Could you hand me my water?
13 I'm sorry.
14     Q   The -- the law -- the lawsuit started May 20th
15 of 2011 that it was filed and then your -- your firm was
16 served a copy of the lawsuit shortly thereafter. I'm
17 trying to find the particular date. Your -- your firm
18 was served on May 31st, 2011. The -- do you know if the
19 conversation you just related with the State of Florida,
20 if that occurred before or after --
21     A   I would say that was --
22     Q   -- this lawsuit?
23     A   I would say that conversation was before.
24 Because sometimes when you have problems with the
25 on-line services, which, you know, when you're trying to

Page 12

1  renew, which is not unusual, I will call them to verify
2  that they received it. You know, I get confirmations by
3  e-mail that they received my money and then also I'm
4  able to print out my license certificate when I do
5  renew, with this particular state, actually.
6          And if I have a problem with that or it's
7  not working, I can -- I have liberty -- easy liberty to
8  call these offices and they'll walk you through it and
9  they'll -- and I'll -- you know, if I'm making
10 conversation with them and I'll say, look, you know,
11 this is the problem I'm having and conversation and that
12 wasn't this past year. That was well before this.
13     Q   Uh-huh. So when was it that you -- well,
14 first off, you mentioned that there was an e-mail
15 confirmation sent to you of your payment -- of the receipt of
16 payment of the licensure fee?
17     A   Yes, sir.
18     Q   Okay.
19     A   It's in this part of this exhibit, actually,
20 E.
21     Q   Okay. Okay.
22     A   I get one every year. You know, they're
23 pretty good. They started this on-line service in
24 2000 -- geez, I forget. Maybe 2009 or '5.
25     Q   Okay.

Page 13

1      A   I forget which.
2      Q   Okay. Now, besides that -- that confirmation,
3  did you get any other -- excuse me -- the confirmation
4  that you got, the e-mail confirmation, does it -- did it
5  contain a -- this -- a. statement about, you know, any
6  information about your -- your firm's address or its
7  name or its license number? What I'm getting at is
8  this: I see in -- in the Exhibit E that you've -- that
9  there is a -- a confirmation. Okay?
10     A   Okay.
11     Q   That's one of the pages. And then I see after
12 that, there's a page that looks like it's a -- an e-mail
13 that you received on December 7th, 2009 at 11:37 a.m. Do
14 you see that?
15     A   Yes, sir.
16     Q   Okay. Are those the same thing? What I mean
17 is, is that confirmation, was that received -- was that
18 contained within that e-mail?
19     A   No. See the one that says filing
20 confirmation? Well --
21     Q   Yes.
22     A   -- that's at the end of the process of
23 renewing on-line. So that was one confirmation. Okay?
24     Q   Okay.
25     A   And I have to enter a -- what do you call --



Page 14

1 credit card and pay it on-line and see down there, it
2 says print this page, and then you hit finish. You go
3 through one, two, three, four -- I mean, it's
4 unbelievable. And then after that, then the -- Florida
5 sends me an e-mail to confirm the confirmation, the
6 filing confirmation.
7    Q   Okay.
8    A   And they do this every year once they've done
9 this on-line service. It's a -- it's a little more
10 effective, I guess, quickly. It's done quickly.
11 Because, you know, in some of the states, you go through
12 these whole huge paper -- you know, doing it by paper
13 and then you send it in and you're only -- and then you
14 wait a month or two and then they'll just send you a
15 certificate -- paper certificate. But this is actually
16 a good -- pretty good process. It's very quick. It's
17 very --
18    Q   Okay.
19    A   -- very succinct.
20    Q   Okay. And the next page in the exhibit after
21 the e-mail, it's a -- a page that, up at the top, it
22 says Florida Office of Financial Regulation.
23    A   Yes, sir.
24    Q   Is -- is that related to the e-mail too?
25    A   This is where you go -- let's see -- into

Page 15

1 their -- I forget. I haven't -- I -- I did this one how
2 many months ago. See on the page -- the second page of
3 the letter where they're going through all the
4 instructions on how you renew, it's very step-by-step.
5 See where it says step four, print the registration?
6    Q   Yes.
7    A   It says a new registration will not be mailed.
8 See, they're not doing anything by mail anymore, except
9 for this letter. And then it says, click on printer
10 friendly license and print your registration. And that
11 is where that last piece of paper you're talking about
12 was formed -- acquired.
13    Q   Okay. And what was the date of that?
14    A   Well, I'm sure I did it 12/7 of '09 because I
15 like to have current licenses in my presence as soon as
16 possible. And since they're offering you that option, I
17 do it immediately.
18    Q   Okay. And the confirmation that you got,
19 that -- that statement, again, it has your firm's name
20 spelled incorrectly, right?
21    A   Right.
22    Q   Okay. And you had had that license since May
23 30th of 2003; is that right?
24    A   Yes.
25    Q   Okay. And the -- your firm's name was spelled

Page 16

1 incorrectly since the inception of the license, right?
2    A   Evidently.
3    Q   Okay. And the license was renewed each year
4 during the years of 2003 up until the present, right?
5    A   Yes.
6    Q   And when was the first time that your firm's
7 name was spelled correctly on the -- with the -- with
8 the registration in Florida?
9    A   Oh, it's -- it has been spelled correctly up
10 to the on-line service. And once we started the on-line
11 service, it has not been.
12    Q   Now, when you say you start -- when you
13 started the on-line service, you mean once you started
14 using the State of Florida's on-line service?
15    A   That's -- I -- that's correct. I'm sorry.
16 Yes.
17    Q   Okay.
18    A   Florida implemented an on-line service, I
19 believe, in 2009.
20    Q   Okay.
21    A   2008. No, I guess it was 2000 -- anyway. So
22 that's why when I told you I called them, they said, oh,
23 that shouldn't -- that shouldn't matter because it -- I
24 pulled it right up both ways.
25    Q   Uh-huh. Okay.

Page 17

1    A   And then he also --
2    Q   Now --
3    A   -- said -- I think he was feeling a
4 little -- I don't know -- maybe pressed, that he added
5 it's not that hard to give us a call if there's a
6 problem with the on-line search. You know --
7    Q   I see.
8    A   -- anyone should feel comfortable calling that
9 number. And we -- he said, and we will be glad to let
10 them know that it's currently licensed.
11    Q   How many times have you called the State of
12 Florida and told them that your firm's name was spelled
13 incorrectly?
14    A   I remember the one time --
15    Q   That time you --
16    A   -- specifically about that. That's -- that's
17 all I specifically remember is that one long --
18    Q   Okay.
19    A   -- conversation. But, you know, like I said,
20 I've got so many licenses that I do and they were happy
21 with it the way it was, they were happy that it -- we
22 were currently licensed, they were happy that we have
23 been currently licensed with the State of Florida for
24 many years. So there was no point in arguing with them
25 at that point.

5 (Pages 14 - 17)

Page 18

1        Plus he gave me the option of the 800
2   number and that they would be glad to -- or whatever
3   number, that they would be glad to assist anybody that
4   had a question or a problem with finding them on-line.
5   He was very emphatic about that.
6       Q   Uh-huh.  Okay.
7       A   Because it is a public service and you should
8   be able to just call them and they -- he said, they will
9   be glad to let that caller know that, yes, we have been
10  always current with our license, far as I know.
11      Q   Right.  Yes.  Now, at what point did the State
12  of Florida correct the spelling of your firm's name in
13  its licensing records?
14      A   Which time?  What are you talking about?  I'm
15  not sure what you're talking about.  Because it has been
16  spelled correctly for many years.  And then when the
17  on-line service started, it was not.  I guess they
18  typoed it.  And he -- you know, and then I guess
19  recently I made an issue of it and I guess they --
20      Q   What -- what date was recently?  When was
21  that?
22      A   I -- you know what, I don't know -- remember
23  if it was last year or the year before.  Honestly, I
24  don't remember.
25      Q   You mean you don't remember if it was 2011 or

Page 19

1   2010?
2       A   Correct, correct.
3       Q   Okay.
4       A   I mean, I'd have to go back and look through
5   all those records.  I have a lot of records to -- that I
6   would have to look through.
7       Q   Oh, you do?
8       A   Not with me.
9       Q   Like what -- yeah, but what -- what kind of
10  records?
11      A   All of the licenses.  All of the licenses.  I
12  think you've been -- you've got some of them or
13  whatever.
14      Q   Was -- was it for the State of Florida?
15      A   Yes.  Because they're not all on-line because
16  when they were paper licenses, I would receive them
17  through the mail and I have them in my file.  And so
18  when you would -- if you did a public search, it wasn't
19  through the on-line service, it was just where they had,
20  I guess, put it on there themselves, the information.
21      Q   Uh-huh.
22      A   So it's two different things.  Do you see what
23  I'm saying?  They have this thing called public search
24  and then they also have the on-line service, which has
25  been later.

Page 20

1       Q   Uh-huh.  Now, when did -- these -- these
2   records that you have --
3       A   Uh-huh.
4       Q   -- so where are they located at -- the records
5   you've -- you've just mentioned about the license, where
6   are they located?
7       A   In my office at 13355 Noel Road.
8       Q   Okay.
9       A   Dallas, Texas.
10      Q   And -- okay.  And these records request --
11  excuse me.  These records, do you know the date that
12  they start, like the date that your firm first got a
13  license in Florida?
14      A   I imagine it was 1997 when Credit Protection
15  Association was formed, but that was well before my time
16  so I would have to go back and look.
17      Q   Okay.  How many -- in -- in those records that
18  you have in your office, are those all of the records
19  that your firm has about its license in Florida or are
20  there other records in your firm that are not in your
21  office?
22      A   The -- the records that I'm talking about,
23  it's a legal file and it's entitled Florida, it has the
24  due date that it's due every year, and I have
25  correspondence on the left, I have the license

Page 21

1   certificates on the right, and any backup correspondence
2   or whatever from -- in the rest of the file.  So it's
3   a -- it's a legal file that I just keep and maintain
4   year after year.
5       Q   Okay.  And in -- in that file, do you have any
6   correspondence that you sent to the State of Florida to
7   tell them that your name was incorrect --
8       A   No.
9       Q   -- misspelled in their records?
10      A   I don't believe so, no.
11      Q   And that's because there were no such letters
12  sent?
13      A   No such letters sent.
14      Q   Did you -- did you ever send them an e-mail to
15  that effect?
16      A   I don't believe so.  I believe it was just
17  that one conversation I had with the gentleman and
18  that's when he assured me that -- that the company --
19      Q   Oh, I know.
20      A   -- has -- in compliance.
21      Q   You don't have to tell me again.
22      A   Okay.  Well, you were asking, so I was telling
23  you again.
24          MR. YARBROUGH:  You know what, I'd like
25  to take a break for just a -- a few minutes, if you



Page 22

1  don't mind.  I need to -- to check something in my
2  records.  Is that all right with you if we take a break
3  for just about five minutes or so?
4        THE WITNESS:  Oh, absolutely.
5        MR. YARBROUGH:  Okay.  Thank you, Judi.
6        THE WITNESS:  Certainly.
7        (Recess taken from 1:39 to 1:46 p.m.)
8     Q   (BY MR. YARBROUGH)  Okay.  Now, in the file
9  that you have in -- in your office in Dallas on the
10 licensing, do you have copies of your -- of your firm's
11 application for the license?
12    A   You mean the initial one?
13    Q   Any -- any of them, the initial or any of the
14 renewals.
15    A   I -- I guess so.  I'm -- yeah, I'm sure there
16 is because...
17    Q   Well, both -- both the initial and the
18 renewal?
19    A   Well, yeah, I have -- I haven't been doing
20 this the whole time, so I would have to go back and see
21 what's in there, but I'm sure that there's an app --
22 initial application and I'm sure that there are renewal
23 notes every year because I have -- I do know that there
24 are certificates for every -- you know, for all the
25 years, subsequent years in that file.

Page 23

1     Q   Okay.  All right.  So you -- you have other
2  things in that file like a letter or a certificate back
3  from the State of Florida saying, yes, you know, you do
4  have a license for this year?
5     A   Yes.  Yes, sir.
6     Q   And -- and those they send out to you on an --
7  on an annual basis with each of the renewals?
8     A   What, the certificates?
9     Q   Yes, ma'am.
10    A   Up until they started the on-line service.
11 After that --
12    Q   When was --
13    A   -- I have to print it out.
14    Q   Okay.  Before they -- okay.  When they did,
15 let's say, by mail, is that what you would call it?  Was
16 it a service by mail and now it's on-line?
17    A   Yes, sir.
18    Q   No, that's not right.
19    A   That's correct.
20    Q   Okay.
21    A   Yeah.
22    Q   Okay.  So when did that occur, you know, that
23 they switched from one to the other?
24    A   I think it was 2009 or it may have been 2005.
25 You know, I can't remember.  2000 -- I want to -- I --

Page 24

1  honestly, I can't remember.  I want to say it was 2009.
2  I started doing the licensing for the 2006 year.
3     Q   Okay.  Now, when you say on-line, do you mean
4  that the application or the renewal is made on-line or
5  you -- do you mean that a person can look up the records
6  on-line?
7     A   Well, I get the letter from the State of
8  Florida, they give me an authentication code that allows
9  me to go on-line to renew my license every year.
10    Q   I see.
11    A   As far as anybody else that can go on-line and
12 see what we have on there --
13    Q   Right.
14    A   -- I guess -- I guess it's on there.  I don't
15 know how much is on there because I don't have to go --
16 I don't -- there's no need for me to go check and see
17 what's on-line because I already know because I'm the
18 one who entered the renewal.  So I don't know that
19 question, how much a public person can actually go
20 on-line.  That would be a question to the State of
21 Florida's Regulation Office.
22    Q   Okay.  Okay.  But what -- I guess what I'm --
23 I'm trying to say -- I'm trying to distinguish is --
24    A   Okay.
25    Q   -- when you say they -- they have their

Page 25

1  on-line system --
2     A   Yes, sir.
3     Q   -- I -- I believe -- I believe what you're
4  telling me is that they set up an on-line system for you
5  to apply for or renew your licenses on-line, right?
6     A   Right.  You --
7     Q   And -- and that, you say, occurred about
8  when?
9     A   The on-line service?  This new on-line
10 service, I -- I think it was 2009.
11    Q   Okay.  So --
12    A   It may have been earlier than that.  Honestly,
13 I don't remember at all.
14    Q   Okay.
15    A   A lot of the states are doing that.  They're
16 trying to streamline, you know, environmentally
17 friendly.
18    Q   And before that, you did it by -- by mail, is
19 how you renewed the license?
20    A   I believe so, yes.
21    Q   Okay.  And is it your understanding that up
22 until the point that Florida started its on-line system,
23 which you believe is possibly in 2009, that up until
24 that point, that Credit Protection's license had its
25 name spelled correctly?

7 (Pages 22 - 25)

Page 26

```
1     A   I -- I would have to go look.  Yeah, I
2  don't -- I would just have to go look.  That -- that's
3  what I'm guessing.  I would have to go look at each one
4  of the certificates and see how they had printed them
5  out of the spelling of the name.  So just --
6     Q   Okay.  So you're -- you're -- you're not
7  really sure --
8     A   I just don't remember.
9     Q   -- if Credit -- okay.  So it's possible that
10 Credit Protection's license was misspelled ever since
11 the inception of its license, which was in 2003 or
12 earlier; is that right?
13         MS. FERNANDEZ:  Objection to form.
14         Go ahead and answer.
15     A   Okay.  I'm sorry.  Say it again.
16         MR. YARBROUGH:  The reporter can repeat
17 it -- can tell you again.
18         (Requested material was read.)
19         THE WITNESS:  That it was?
20         THE REPORTER:  It's possible --
21         THE WITNESS:  It's possible that it was
22 what?  Misspelled or spelled?
23         THE REPORTER:  Misspelled.
24         THE WITNESS:  Oh, misspelled.
25     A   I guess it's possible.  I'd just have to go
```

Page 27

```
1  look at the certificates.
2     Q   Okay.  Now, are you -- you said that the year
3  that you started was -- handling the licensing was in
4  2000 and what?
5     A   I -- I renewed the license in November of 2005
6  for the 2006 year, so it had to be in their office by
7  December 31, 2005.
8     Q   Okay.  All right.  And -- okay.  Now, if the
9  State of Florida's records show that your firm's name
10 was misspelled as early as 2008, would that be
11 consistent with your understanding?  What -- okay.  What
12 I mean is this --
13     A   I don't --
14     Q   -- did you know your firm's name was
15 misspelled in Florida's records as early as 2008?
16     A   I would have to go back and look at my records
17 and my notations.  Honestly, don't remember.
18     Q   Okay.  What did your firm do in any -- or what
19 has your firm done at any time to make sure that the
20 State of Florida puts your firm's name -- or excuse
21 me -- spells your firm's name correctly in its licensing
22 records?
23         MS. FERNANDEZ:  Objection.
24         Go ahead, Judi.
25     A   I -- I don't -- let's see.
```

Page 28

```
1         THE WITNESS:  Can you say that again?
2     A   I don't -- I don't think I even --
3     Q   Sure.  Well, let me just ask it a little
4  different way.
5     A   Okay.
6     Q   Judi, what -- what has -- what has Credit
7  Protection done at any time, you know, to make sure that
8  its name was correctly spelled in the State of Florida
9  debt collector licensing records?
10     A   I -- I guess there is nothing in place for
11 overseeing the spelling of any name because I received a
12 current license stating our name and our license number.
13 So as far as I was concerned, if I received that, then
14 it was correct and done and they acknowledged and
15 accepted that we were current with them.  So there was
16 no reason to peruse every single word on the certificate
17 to see if it was a misspelling or not.
18     Q   So is it fair to say that you did not notice
19 that the license was misspelled?
20     A   It is fair to say that.  I -- I received --
21     Q   When did it first come --
22     A   Huh?
23     Q   When -- when did it first come to your
24 attention that -- that Credit Protection's license --
25 name in its license was misspelled?
```

Page 29

```
1     A   I don't know the exact date.
2     Q   Do you know the year?
3     A   I don't.  I don't.
4     Q   Do you know the -- what are the circumstances
5  under which it came to your attention?
6     A   Maybe when this lawsuit started.  I'm not
7  sure.
8     Q   Okay.
9     A   I -- I have -- I have no idea.
10     Q   Okay.
11     A   I think, you know, when this lawsuit -- and I
12 called and I talked with that regulator and he assured
13 me that it was not an issue, then I -- I didn't pursue
14 it any other than when I renewed.  And at that time, I
15 requested that it be corrected, but he -- he assured me
16 that that should not be a problem.  So I guess that's
17 why --
18     Q   Okay.
19     A   -- I'm not really understanding what you're
20 asking here.  Since they don't consider it a problem,
21 they consider it's current, I don't -- I guess I don't
22 understand what you're saying.
23     Q   Well, let -- does -- does your -- is your
24 memory of it that once you received this lawsuit, that's
25 when you contacted the State of Florida and spoke with
```

Page 30

1 them about the license as far as the name being
2 misspelled?
3    A  No, not necessarily. No.
4    Q  You -- you had contacted them before that?
5    A  I believe so. And -- and I really believe
6 that's the case, but they don't -- they didn't -- like I
7 said, they indicated that that wasn't a problem.
8    Q  So the -- the first time you contacted them
9 about the name in the license being misspelled, did they
10 tell you that they didn't think it was a problem?
11    A  Right. Because you can -- you can actually
12 search by the license number, you can search --
13    Q  Right.
14    A  -- by credit and then it -- it'll show under
15 the public searches, as you can search by the first
16 name, the second name. They pulled it up under credit.
17    Q  Okay.
18    A  And then you can scroll down --
19    Q  Now --
20    A  -- I guess.
21    Q  Okay. And that was the first time you -- you
22 called them about the name being misspelled, right?
23    A  I don't -- I don't remember if I called them
24 about that. I think I was talking to them about
25 something else. I don't -- I don't think that was the

Page 31

1 issue, but then it -- when it was corrected on the
2 on-line service, that was -- that was definitive, so --
3 but, honestly, I'm sorry, I don't remember.
4    Q  Okay. Now, when you -- the -- the -- in the
5 first call that you had that you discussed with the
6 State of Florida the -- the -- the spelling of your
7 firm's name, what caused that to come to your attention
8 at that time? Why did you -- why -- how did you know
9 that the name on your license was misspelled?
10    A  Well, I probably noticed it and said is there
11 anything you can do about that. I probably just noticed
12 it, you know, just -- just kind of an admin thing that
13 pops at you, but I don't remember it being --
14    Q  Okay.
15    A  That was not the reason for my call. That
16 wasn't the circumstance. I don't remember. Honestly, I
17 don't remember why I called them. I'm sure it was
18 either something to do with the renewal or the pass --
19 you know, you have to enter a password and a -- a code.
20 You have to be set up on their on-line service. That
21 probably wasn't working or something like that. I have
22 no idea --
23    Q  Okay.
24    A  -- what was specific, but anyway.
25    Q  Is Credit Protection's name spelled correctly

Page 32

1 in the State of Florida's record for its debt
2 collector --
3    A  Right now, it --
4    Q  -- debt collector's license?
5    A  Yeah, right now, it is. I don't --
6    Q  And what --
7    A  -- know if it is on-line, but I -- my
8 certificate's -- as far as we're concerned, it is
9 Protection. The last --
10    Q  What --
11    A  Yeah.
12    Q  Oh, after you, ma'am.
13    A  No, I'm done.
14    Q  What caused the name to be corrected from the
15 prior misspelling?
16    A  I saw it not correct and I corrected it.
17    Q  And how was it that you informed the -- how
18 was it that you accomplished that correction?
19    A  Well, I -- I talked with somebody at the REAL
20 System, R-E-A-L System. That's the on-line service that
21 does this for Florida. I talked with him and he walked
22 me through it.
23    Q  You mean you corrected the spelling on-line?
24    A  Well, I don't -- I don't know if he corrected
25 it because it just appeared corrected and I was like

Page 33

1 okay, good. So, evidently, he was doing it, the guy was
2 correcting it. That's through that REAL System because
3 I had never been able to -- I mean, I just -- this whole
4 on-line thing, I guess he -- they have to do it. I
5 guess their IT people.
6       (Brief interruption.)
7    Q  I'm sorry. Excuse me. Now, when was that
8 that you had that -- those dealings with the State of
9 Florida where the gentleman helped walk you through the
10 process that resulted in the -- the correction of the
11 spelling of your firm's name? When did that occur?
12    A  I would -- let's see. What's -- what year is
13 this? '12. '11. It was either when I did the 2010
14 or -- no, let's see. 2000 -- see, you know, you have to
15 do it the year before, so I was trying to think if it
16 was for the -- I just did the 2012.
17    Q  Right.
18    A  So -- I don't know. It was either this year
19 or last year. I don't know.
20    Q  So you --
21    A  Strictly -- it's strictly --
22    Q  -- when you said this --
23    A  -- an admin thing. It was just me making the
24 extra effort to go in there and call this guy at REAL
25 System because, obviously, Florida, they dismissed it,

9 (Pages 30 - 33)

Veritext Florida Reporting Co.

Page 34

1 they didn't care. And I went in and called this --
2 because, now, see on this letter now, they now have
3 if -- if you need assistance with using the REAL System,
4 they give you an 850 number.
5    Q   Right. So your recollection is that either
6 for the 2012 calendar year or for the 2011 calendar
7 year, that when you went on-line to renew, then you
8 corrected --
9    A   No, it -- no, no, no, no. It would not
10 correct for me. I had to call them specifically. It
11 would not correct for me.
12    Q   Oh, okay. Okay. You couldn't get it to
13 correct, but then you got a technical person from the
14 state on the line --
15    A   Uh-huh.
16    Q   -- and then they -- in conjunction with them,
17 you were able to -- either you or them were able to make
18 the correction?
19    A   Correct.
20    Q   Okay. And that occurred for either the 2012
21 license year or the 2011 license year?
22    A   Oh, it could have been 2010 or 2000 --
23    Q   Okay.
24    A   Yeah, because I -- honestly, I don't remember,
25 but you do have to find the right person to get it done.

Page 35

1    Q   Okay. And do you recall what brought it to
2 your attention --
3        (Mr. Yarbrough's telephone rings.)
4    Q   -- at that time, that the license was
5 incorrect; spelling, that is?
6    A   I'm -- I'm sorry. I -- I didn't hear that. I
7 think the phone was ringing. Say that again.
8        THE WITNESS: He's talking on the phone.
9        MS. FERNANDEZ: Do you mind? I mean,
10 you're on the phone.
11        MR. YARBROUGH: Okay. Thank you. Bye.
12    Q   Excuse me, ma'am. I'm sorry. The -- what was
13 the question you had for me?
14        MS. FERNANDEZ: She didn't have a
15 question for you. I don't think she understood your
16 question.
17    A   I didn't hear your question because your phone
18 was ringing.
19    Q   Oh, I'm sorry. I'll turn it off.
20    A   Yeah. You were right in the middle of asking
21 a question and then your phone rang, so I was -- I don't
22 know what you said.
23    Q   I'm sorry. What was it that brought it to
24 your attention when you went through the -- the -- the
25 session with the technical person that your -- your

Page 36

1 firm's name was -- was spelled incorrectly?
2        MS. FERNANDEZ: Objection; asked and
3 answered.
4        You can answer, Judi.
5    A   Probably just an admin thing. I very --
6 usually very astute with typos and I made the effort to
7 call -- call them and see if they could help me out with
8 getting it changed. I'm not -- I don't like --
9    Q   Okay.
10    A   -- typos personally.
11    Q   Uh-huh. Okay.
12    A   It's a typo thing rather than -- it's just an
13 admin thing.
14    Q   Okay. Do you know who Nathan A. Levine is?
15    A   Yes, sir.
16    Q   Who is he?
17    A   He's the owner of Credit Protection
18 Association, L.P.
19    Q   Okay. And does -- is he the person that signs
20 the licensing applications for Credit Protection?
21    A   Yes.
22    Q   Okay. Now, once you file a license with the
23 state -- excuse me. Once you, you know, got your
24 license with the State of Florida, you know, you -- you
25 paid your money, you filled out your forms, you sent it

Page 37

1 in, they send you something back that said that, you
2 know, you had a license, at that point, as far as you're
3 concerned, everything is fine with the license, right?
4 I mean, the fact that it was misspelled is not really a
5 concern of Credit Protection?
6        MS. FERNANDEZ: Objection.
7    Q   Is that right?
8    A   Is it a concern for us or Florida? What --
9 I'm sorry. What did you say?
10    Q   Okay. When you -- when you got, you know,
11 your license with Florida, you -- you filled out your
12 paperwork, whatever, you sent in your fee, you know,
13 they cashed your check, they sent you paperwork that
14 said, okay, here's your license, here's your license
15 number, as far as Credit Protection was concerned at
16 that point, it's validly licensed --
17    A   Right.
18    Q   -- right?
19    A   Right. But that -- but that was -- that was
20 back in 1997 and it was paper and it was done then. But
21 when I've been doing it on-line, you know, that's --
22 that's where they entered the information from our
23 paperwork and then it just -- they just send out this --
24 okay. They just want you to pay your money and go
25 through the steps and here's your certificate. So,

Page 38

1 yeah, once --
2    Q   Okay.
3    A   -- once you've applied and they have all your
4 information, yes, they consider you current and in --
5    Q   But -- but --
6    A   -- and in compliance, uh-huh.
7    Q   Okay.  But you consider yourself -- I mean,
8 Credit Protection considers itself current and
9 compliance -- and in compliance as well, right?
10        MS. FERNANDEZ:  Objection.
11    A   Well, if I have a certificate from the State
12 of Florida, I consider myself in compliance.
13    Q   And it wouldn't -- you -- you would still
14 consider yourself in compliance even if your firm's name
15 was misspelled on that certificate, right?
16    A   And that would be --
17        MS. FERNANDEZ:  Objection.
18    A   -- correct because we have a -- we have a
19 number, a license number that identifies us.  So --
20    Q   I understand.
21    A   -- that is the point of the Office of
22 Regulation is that you can pull up our company and all
23 of its information by a license certificate number as
24 well.
25    Q   Okay.  Now, Mr. Johnson, that filed this

Page 39

1 lawsuit, how would he have obtained your license
2 certificate number?  Is it on the correspondence, for
3 example, that you sent to him?
4    A   Well, I didn't send him any correspondence.  I
5 don't deal with that.
6    Q   Oh, I'm sorry.  I didn't mean you personally.
7 I meant -- I'm sorry.  I meant the correspondence that
8 Credit Protection sent to him.
9    A   I don't know.  I'm not -- I'm not familiar
10 with that correspondence.
11    Q   I see.  Okay.
12    A   I don't work in that division.  I don't know.
13 I don't understand that.
14        MS. FERNANDEZ:  She's here for licensing.
15    Q   Do -- do you know if Credit Protection puts
16 its Florida license number on correspondence with
17 consumers?
18    A   I am not familiar with that correspondence, so
19 I would not be able to answer that question.
20    Q   Okay.  So you don't know?
21    A   I'm not in that division, so I've --
22    Q   Okay.  But --
23    A   -- I do --
24    Q   But what I mean is --
25    A   Uh-huh.

Page 40

1    Q   -- has anybody in Credit Protection ever come
2 to you and said, hey, you know, we need the license
3 number for Florida because we're putting it on the
4 correspondence?
5    A   No, no one's ever directed that statement to
6 me, no.
7    Q   Is -- is it, to the best of your knowledge,
8 that Credit Protection does not put its license number
9 on correspondence with consumers?
10        MS. FERNANDEZ:  Objection.
11    A   I have no idea.  I have not seen that
12 correspondence.
13    Q   I -- I understand, but would -- if it was put
14 on there, if the -- if the -- if the licensure number
15 was put on the correspondence, the -- the -- the people
16 that print the letters would -- would have to get that
17 number from you, right?  You would be the person that
18 would give it to them, right?
19    A   Yes.
20    Q   Okay.  And do you ever recall receiving a
21 request for a license number from the people that print
22 letters --
23    A   No.
24    Q   -- for consumers?
25    A   No.

Page 41

1    Q   Okay.  All right.
2        MR. YARBROUGH:  I'm sorry, I just want to
3 take a second.  I've got -- I -- I think I may have the
4 correspondence here and I just want to check the file
5 and look at it.
6        MS. CLEMONS:  While you're doing that,
7 can we take like a two-minute break?
8        MR. YARBROUGH:  Certainly.  I'm sorry.
9 Yes.
10        (Recess taken from 2:14 to 2:19 p.m.)
11        (Ms. Clemons exits proceedings.)
12    Q   (BY MR. YARBROUGH)  Just a few more questions,
13 Judi, and we'll be out of here.
14    A   Okay.
15    Q   I forget where we were at.  Did we -- were we
16 on a question when we took a break?
17        MS. FERNANDEZ:  I don't think so.
18        MR. YARBROUGH:  We weren't?  Okay.
19    Q   Okay.  Well, Judi, I don't think I have any
20 further questions for you.  Thank you very much.
21    A   Thank you.
22        MR. YARBROUGH:  And, Barbara, would you
23 have questions for Judi?
24        MS. FERNANDEZ:  I don't.
25        MR. YARBROUGH:  Okay.  Well, we'll

11 (Pages 38 - 41)



Page 42

1  conclude the deposition and I would like to order a copy
2  of the transcript with regular delivery.
3          (Deposition concluded at 2:19 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 44

1  transcript. If returned, the attached Changes and
2  Corrections page contains any changes and the reasons
3  therefor;
4      X  was not requested by the deponent or a party
5  before the completion of the deposition.
6      I further certify that I am neither counsel for,
7  related to, nor employed by any of the parties or
8  attorneys to the action in which this proceeding was
9  taken. Further, I am not a relative or employee of any
10 attorney of record in this cause, nor am I financially
11 or otherwise interested in the outcome of the action.
12      Subscribed and sworn to on this the _____ day of
13 _____, 2012.
14
15
16
17
18
19
                    _____
                    TAMMY DICKSON CROSS, Texas CSR #6925
20                  Expiration Date: 12/31/13
                    Firm Registration No. 241
21                  1601 Rio Grande, Suite 443
                    Austin, Texas 78701
22                  800-497-2977
23
24
25

Page 43

1          UNITED STATES DISTRICT COURT
2          SOUTHERN DISTRICT OF FLORIDA
           Case No.: 11-80604-Civ-Marra/Johnson
3
   SHERONE C. JOHNSON,
4
      Plaintiff,
5
   v.
6
   CREDIT PROTECTION ASSOCIATION, L.P.,
7
      Defendant.
8  _____/
9
   ********************************************
10         REPORTER'S CERTIFICATION
              ORAL DEPOSITION OF
11             JUDI CHMIELOWIEC
                10 APRIL 2012
12               VOLUME 1
   ********************************************
13
14      I, TAMMY DICKSON CROSS, Certified Shorthand
15 Reporter in and for the State of Texas, hereby certify
16 to the following:
17      That the witness, JUDI CHMIELOWIEC, was duly sworn
18 by the officer and that the transcript of the oral
19 deposition is a true record of the testimony given by
20 the witness;
21      I further certify that pursuant to FRCP Rule
22 30(f)(1) that the signature of the deponent:
23      _____ was requested by the deponent or a party
24 before the completion of the deposition and is to be
25 returned within 30 days from date of receipt of the

12 (Pages 42 - 44)

```
 1    transcript.  If returned, the attached Changes and

 2    Corrections page contains any changes and the reasons

 3    therefor;

 4         X    was not requested by the deponent or a party

 5    before the completion of the deposition.

 6         I further certify that I am neither counsel for,

 7    related to, nor employed by any of the parties or

 8    attorneys to the action in which this proceeding was

 9    taken.  Further, I am not a relative or employee of any

10    attorney of record in this cause, nor am I financially

11    or otherwise interested in the outcome of the action.

12         Subscribed and sworn to on this the _____ day of

13    _____, 2012.

14

15

16

17

18

19                   _____
                     TAMMY DICKSON CROSS, Texas CSR #6925
20                   Expiration Date: 12/31/13
                     Firm Registration No. 241
21                   1601 Rio Grande, Suite 443
                     Austin, Texas  78701
22                   800-497-2977

23

24

25
```

[& - call]

| & | | a | asking 9:18 21:22 |
|---|---|---|---|

**&** 2:9

**0**

09 6:20 7:2 15:14

**1**

**1** 1:12 6:11 43:12,22
**10** 1:11 43:11
**10000** 1:21
**105** 2:4
**10th** 1:17
**11** 33:13
**11-80604** 1:2 43:2
**1150** 1:21
**11:37** 13:13
**12** 33:13
**12/31** 6:12
**12/31/13** 44:20
**12/7** 15:14
**12/7/09** 5:20
**13355** 20:7
**1601** 44:21
**1997** 20:14 37:20
**1:14** 1:17
**1:39** 22:7
**1:46** 22:7
**1st** 6:8

**2**

**2** 3:2
**2000** 2:4 12:24
  16:21 23:25 27:4
  33:14 34:22
**2003** 15:23 16:4
  26:11
**2005** 23:24 27:5,7
**2006** 24:2 27:6
**2008** 16:21 27:10,15
**2009** 5:24,25 8:25
  9:2,3 12:24 13:13
  16:19 23:24 24:1
  25:10,23
**2010** 7:2 9:2,5 19:1
  33:13 34:22

**2011** 9:7,10 11:15
  11:18 18:25 34:6,21
**2012** 1:11,17 33:16
  34:6,20 43:11 44:13
**20th** 11:14
**241** 44:20
**2525** 2:9
**2:14** 41:10
**2:19** 41:10 42:3

**3**

**30** 4:2 43:22,25
**305** 2:10,11
**30th** 15:23
**31** 27:7
**31st** 6:8 11:18
**33134** 2:10
**33306** 2:5
**358-7747** 2:10

**4**

**4** 3:4
**400** 2:9
**43** 3:5
**443** 44:21

**5**

**5** 3:8 4:2 12:24
**537-2000** 2:5
**566-2235** 2:6
**577-1063** 2:11

**6**

**6925** 44:19

**7**

**75231** 1:22
**78701** 44:21
**7th** 13:13

**8**

**800** 18:1
**800-497-2977** 44:22
**850** 34:4

**9**

**954** 2:5,6

**a**

**a.m.** 13:13
**able** 12:4 18:8 33:3
  34:17,17 39:19
**absolutely** 22:4
**accepted** 28:15
**access** 10:21
**accomplished** 32:18
**acknowledged**
  28:14
**acquired** 15:12
**action** 44:8,11
**added** 17:4
**address** 13:6
**admin** 31:12 33:23
  36:5,13
**afternoon** 4:7 5:7
**agency** 10:22
**agent** 8:20
**ago** 15:2
**ahead** 26:14 27:24
**allows** 24:8
**annual** 23:7
**answer** 26:14 36:4
  39:19
**answered** 36:3
**anybody** 18:3 24:11
  40:1
**anymore** 15:8
**anyway** 16:21 31:24
**app** 22:21
**apparently** 6:14
**appearances** 3:2
**appeared** 32:25
**application** 22:11
  22:22 24:4
**applications** 36:20
**applied** 38:3
**apply** 25:5
**appreciate** 5:12
**april** 1:11,17 43:11
**arguing** 17:24
**asked** 36:2

**asking** 9:18 21:22
  29:20 35:20
**assist** 18:3
**assistance** 34:3
**association** 1:6
  20:15 36:18 43:6
**assured** 21:18 29:12
  29:15
**astute** 36:6
**attached** 1:24 44:1
**attention** 28:24 29:5
  31:7 35:2,24
**attorney** 2:4 44:10
**attorneys** 44:8
**austin** 44:21
**authentication** 24:8

**b**

**b** 4:2
**back** 19:4 20:16
  22:20 23:2 27:16
  37:1,20
**backup** 21:1
**barbara** 2:8 41:22
**basis** 6:6 23:7
**believe** 16:19 21:10
  21:16,16 25:3,3,20
  25:23 30:5,5
**best** 40:7
**bfernandez** 2:11
**bottom** 5:20
**boulevard** 2:4,9
**break** 21:25 22:2
  41:7,16
**brief** 33:6
**bring** 10:4
**brought** 35:1,23
**bye** 35:11

**c**

**c** 1:3 2:1 4:1,13,13
  4:14,15,17,20 7:9
  43:3
**calendar** 6:5 34:6,6
**call** 4:22 8:21 9:15
  10:2,9,20,23 12:1,8

Veritext Florida Reporting Co.

Page 46

[call - doing]

13:25 17:5 18:8
23:15 31:5,15 33:24
34:10 36:7,7
**called** 8:10 16:22
17:11 19:23 29:12
30:22,23 31:17 34:1
**caller** 18:9
**calling** 8:11 17:8
**card** 14:1
**care** 5:3 34:1
**case** 1:2 30:6 43:2
**cashed** 37:13
**cat** 4:20
**cause** 1:16 44:10
**caused** 31:7 32:14
**central** 1:21
**certainly** 22:6 41:8
**certificate** 3:5,9
10:24 12:4 14:15,15
23:2 28:16 37:25
38:11,15,23 39:2
**certificate's** 32:8
**certificates** 21:1
22:24 23:8 26:4
27:1
**certification** 43:10
**certified** 1:18 10:24
43:14
**certify** 43:15,21
44:6
**change** 8:15,17
**changed** 36:8
**changes** 44:1,2
**check** 22:1 24:16
37:13 41:4
**chmielowiec** 1:11,14
3:3 4:3,10,11 43:11
43:17
**circumstance** 31:16
**circumstances** 29:4
**civ** 1:2 43:2
**civil** 1:22
**clemons** 2:20 41:6
41:11

**click** 15:9
**code** 24:8 31:19
**collection** 5:3 10:22
**collector** 28:9 32:2
**collector's** 32:4
**come** 28:21,23 31:7
40:1
**comfortable** 17:8
**company** 7:9 10:19
21:18 38:22
**completion** 43:24
44:5
**compliance** 21:20
38:6,9,9,12,14
**concern** 37:5,8
**concerned** 28:13
32:8 37:3,15
**conclude** 42:1
**concluded** 42:3
**confirm** 10:23 14:5
**confirmation** 3:9
12:15 13:2,3,4,9,17
13:20,23 14:5,6
15:18
**confirmations** 12:2
**conjunction** 34:16
**connexus** 1:20
**consider** 29:20,21
38:4,7,12,14
**considers** 38:8
**consistent** 27:11
**consumer** 10:21
**consumers** 39:17
40:9,24
**contacted** 29:25
30:4,8
**contain** 13:5
**contained** 13:18
**contains** 44:2
**control** 7:16
**conversation** 11:4
11:19,23 12:10,11
17:19 21:17
**coordinator** 5:1

**copies** 22:10
**copy** 11:16 42:1
**coral** 2:10
**correct** 6:7 7:4,10
7:13 8:5 10:15
16:15 18:12 19:2,2
23:19 28:14 32:16
34:10,11,13,19
38:18
**corrected** 29:15
31:1 32:14,16,23,24
32:25 34:8
**correcting** 10:14
33:2
**correction** 9:12
32:18 33:10 34:18
**corrections** 44:2
**correctly** 16:7,9
18:16 25:25 27:21
28:8 31:25
**correspondence** 3:9
20:25 21:1,6 39:2,4
39:7,10,16,18 40:4
40:9,12,15 41:4
**counsel** 44:6
**couple** 8:14
**court** 1:1 43:1
**credit** 1:6 4:24 14:1
20:14 25:24 26:9,10
28:6,24 30:14,16
31:25 36:17,20 37:5
37:15 38:8 39:8,15
40:1,8 43:6
**cross** 1:18 43:14
44:19
**csr** 44:19
**culbertson** 2:9
**current** 15:15 18:10
28:12,15 29:21 38:4
38:8
**currently** 17:10,22
17:23

d

**d** 3:1 4:1
**dallas** 1:21 20:9
22:9
**date** 5:20 6:14,15
9:20 11:7,17 15:13
18:20 20:11,12,24
29:1 43:25 44:20
**day** 1:17 44:12
**days** 43:25
**de** 2:9
**deal** 39:5
**dealings** 33:8
**debt** 5:3 28:9 32:1,4
**december** 6:8,20 7:1
13:13 27:7
**decided** 9:12
**defendant** 1:7 2:8
43:7
**definitive** 31:2
**delivery** 42:2
**department** 8:10
11:2
**deponent** 43:22,23
44:4
**deposition** 1:10,14
3:8 42:1,3 43:10,19
43:24 44:5
**description** 3:7
**dickson** 1:18 43:14
44:19
**different** 9:23 19:22
28:4
**directed** 40:5
**discussed** 31:5
**dismissed** 33:25
**distinguish** 24:23
**district** 1:1,1 43:1,2
**division** 39:12,21
**documents** 5:7
**doing** 14:12 15:8
22:19 24:2 25:15
33:1 37:21 41:6

[don - huh]

**don** 4:7
**donald** 2:3
**donyarbrough** 2:6
**due** 20:24,24
**duly** 1:15 4:4 43:17

**e**

**e** 2:1,1,6,11 3:1,8,9
4:1,1,13,13,14,14,18
4:20 5:10 7:9 12:3
12:14,20 13:4,8,12
13:18 14:5,21,24
21:14 32:20
**earlier** 25:12 26:12
**early** 27:10,15
**east** 2:4
**easy** 12:7
**edward** 5:10
**effect** 21:15
**effective** 14:10
**effort** 33:24 36:6
**either** 31:18 33:13
33:18 34:5,17,20
**emphatic** 18:5
**employed** 44:7
**employee** 44:9
**enter** 13:25 31:19
**entered** 24:18 37:22
**entitled** 20:23
**environmentally**
25:16
**evidently** 16:2 33:1
**exact** 29:1
**exactly** 9:20
**examination** 3:4 4:5
**example** 39:3
**excuse** 5:24 7:5 13:3
20:11 27:20 33:7
35:12 36:23
**exhibit** 3:8 5:10
12:19 13:8 14:20
**exhibits** 3:6
**exits** 41:11
**expiration** 44:20

**expressway** 1:21
**extra** 33:24

**f**

**f** 43:22
**facsimile** 2:6,11
**fact** 37:4
**fair** 28:18,20
**familiar** 39:9,18
**far** 18:10 24:11
28:13 30:1 32:8
37:2,15
**federal** 1:22
**fee** 12:16 37:12
**feel** 17:8
**feeling** 17:3
**fernandez** 2:8 26:13
27:23 35:9,14 36:2
37:6 38:10,17 39:14
40:10 41:17,24
**file** 19:17 20:23 21:2
21:3,5 22:8,25 23:2
36:22 41:4
**filed** 11:15 38:25
**files** 10:4
**filing** 13:19 14:6
**filled** 36:25 37:11
**financial** 3:8 8:22
14:22
**financially** 44:10
**find** 11:17 34:25
**finding** 18:4
**fine** 37:3
**finish** 14:2
**firm** 7:12 11:15,17
20:12,19,20 27:18
27:19 44:20
**firm's** 7:20 13:6
15:19,25 16:6 17:12
18:12 22:10 27:9,14
27:20,21 31:7 33:11
36:1 38:14
**first** 4:4 5:19 7:5
12:14 16:6 20:12
28:21,23 30:8,15,21

31:5
**five** 22:3
**florida** 1:1 2:5,10
5:23 6:18 7:20
11:19 14:4,22 16:8
16:18 17:12,23
18:12 19:14 20:13
20:19,23 21:6 23:3
24:8 25:22 27:20
28:8 29:25 31:6
32:21 33:9,25 36:24
37:8,11 38:12 39:16
40:3 43:2
**florida's** 8:21 16:14
24:21 27:9,15 32:1
**following** 43:16
**follows** 4:4
**forget** 12:24 13:1
15:1 41:15
**form** 26:13
**formed** 15:12 20:15
**forms** 36:25
**fort** 2:5
**four** 14:3 15:5
**frcp** 43:21
**friendly** 15:10 25:17
**further** 41:20 43:21
44:6,9

**g**

**g** 4:1
**gables** 2:10
**geez** 12:24
**general** 10:13
**gentleman** 21:17
33:9
**getting** 13:7 36:8
**give** 17:5 24:8 34:4
40:18
**given** 10:17 43:19
**glad** 10:23 17:9 18:2
18:3,9
**glasses** 5:14
**go** 9:22 14:2,11,25
19:4 20:16 22:20

24:9,11,15,16,19
26:1,2,3,14,25
27:16,24 33:24
37:24
**goes** 6:11
**going** 5:23 15:3
**good** 4:7 12:23
14:16,16 33:1
**grande** 44:21
**guess** 14:10 16:21
18:17,18,19 19:20
22:15 24:14,14,22
26:25 28:10 29:16
29:21 30:20 33:4,5
**guessing** 26:3
**guy** 33:1,24

**h**

**h** 4:13,14,17
**hand** 5:13 11:12
**handling** 27:3
**handwritten** 5:20
6:15
**happened** 8:12
**happy** 17:20,21,22
**hard** 9:23 17:5
**hear** 35:6,17
**help** 36:7
**helped** 33:9
**hereto** 1:24
**hey** 40:2
**hinshaw** 2:9
**hinshawlaw.com**
2:11
**hit** 14:2
**honestly** 9:1,6,8,18
9:19 11:7 18:23
24:1 25:12 27:17
31:3,16 34:24
**huge** 14:12
**huh** 10:16 12:13
16:25 18:6 19:21
20:1,3 28:22 34:15
36:11 38:6 39:25

Veritext Florida Reporting Co.

Page 48

[idea - name]

**i**

idea  8:20 10:3 11:11
  29:9 31:22 40:11
identified  3:7
identifies  38:19
imagine  20:14
immediately  15:17
implemented  16:18
inception  16:1 26:11
incorrect  7:21 21:7
  35:5
incorrectly  15:20
  16:1 17:13 36:1
indicated  30:7
information  10:17
  13:6 19:20 37:22
  38:4,23
informed  32:17
initial  22:12,13,17
  22:22
instance  1:15
instructions  15:4
interested  44:11
interruption  33:6
issue  18:19 29:13
  31:1
it'll  30:14

**j**

january  6:8,11
johnson  1:2,3 38:25
  43:2,3
judi  1:11,14 3:3 4:3
  4:10,22,24 5:12
  22:5 27:24 28:6
  36:4 41:13,19,23
  43:11,17

**k**

keep  21:3
kept  6:5
kind  10:11 19:9
  31:12
know  8:15 11:10,18
  11:25 12:2,9,10,22

13:5 14:11,12 17:4
  17:6,10,19 18:9,10
  18:18,22,22 20:11
  21:19,24 22:23,24
  23:3,22,25 24:15,17
  24:18 25:16 27:14
  28:7 29:1,2,4,11
  31:8,12,19 32:7,24
  33:14,18,19 35:22
  36:14,23,24 37:2,10
  37:12,21 39:9,12,15
  39:20 40:2
knowledge  40:7

**l**

l  4:13,20 32:20
l.p.  1:6 36:18 43:6
late  5:8
lauderdale  2:5
law  2:4 11:14
lawsuit  11:9,10,14
  11:16,22 29:6,11,24
  39:1
left  20:25
legal  20:23 21:3
leon  2:9
letter  5:9,19,22 6:1
  6:13,14,16 7:7 15:3
  15:9 23:2 24:7 34:2
letters  21:11,13
  40:16,22
levine  36:14
liberty  12:7,7
license  5:23 7:1,3
  9:17 12:4 13:7
  15:10,22 16:1,3
  18:10 20:5,13,19,25
  22:11 23:4 24:9
  25:19,24 26:10,11
  27:5 28:12,12,19,24
  28:25 30:1,9,12
  31:9 32:4 34:21,21
  35:4 36:22,24 37:2
  37:3,11,14,14 38:19
  38:23 39:1,16 40:2

40:8,21
licensed  17:10,22,23
  37:16
licenses  5:4 6:5
  15:15 17:20 19:11
  19:11,16 25:5
licensing  5:1,3
  10:13 18:13 22:10
  24:2 27:3,21 28:9
  36:20 39:14
licensure  12:16
  40:14
line  8:12,17,22
  11:25 12:23 13:23
  14:1,9 16:10,10,13
  16:14,18 17:6 18:4
  18:17 19:15,19,24
  23:10,16 24:3,4,6,9
  24:11,17,20 25:1,4
  25:5,9,9,22 31:2,20
  32:7,20,23 33:4
  34:7,14 37:21
little  14:9 17:4 28:3
llp  2:9
located  20:4,6
locating  10:19
long  17:17
look  12:10 19:4,6
  20:16 24:5 26:1,2,3
  27:1,16 41:5
looking  10:21
looks  13:12
lot  19:5 25:15

**m**

m  4:13,14,17
ma'am  23:9 32:12
  35:12
machine  1:20
mail  2:6,11 3:9 12:3
  12:14 13:4,12,18
  14:5,21,24 15:8
  19:17 21:14 23:15
  23:16 25:18

mailed  15:7
maintain  21:3
making  12:9 33:23
marra  1:2 43:2
material  26:18
matter  16:23
mean  7:24 9:1,17
  13:16 14:3 16:13
  18:25 19:4 22:12
  24:3,5 27:12 32:23
  33:3 35:9 37:4 38:7
  39:6,24
meant  39:7,7
memory  9:19 29:24
mentioned  6:15
  12:14 20:5
middle  35:20
mind  22:1 35:9
mindspring.com  2:6
mine  7:18
minute  41:7
minutes  21:25 22:3
misspelled  21:9
  26:10,22,23,24
  27:10,15 28:19,25
  30:2,9,22 31:9 37:4
  38:15
misspelling  8:6
  28:17 32:15
money  12:3 36:25
  37:24
month  14:14
months  15:2
morning  5:8
mother  4:17

**n**

n  2:1 3:1 4:1 7:9
name  4:7,9,12 7:8
  7:12,20 8:6 9:14
  10:19 13:7 15:19,25
  16:7 17:12 18:12
  21:7 25:25 26:5
  27:9,14,20,21 28:8
  28:11,12,25 30:1,9

[name - put]

30:16,16,22 31:7,9
31:25 32:14 33:11
36:1 38:14
**nathan**  36:14
**necessarily**  30:3
**need**  22:1 24:16
34:3 40:2
**neither**  44:6
**never**  33:3
**new**  6:2 15:7 25:9
**noel**  20:7
**noelia**  2:20
**north**  1:21
**notation**  10:11
**notations**  27:17
**note**  10:11
**notes**  22:23
**notice**  7:7 28:18
**noticed**  31:10,11
**notify**  7:19,22,24,25
**november**  6:23 27:5
**number**  13:7 17:9
18:2,3 28:12 30:12
34:4 37:15 38:19,19
38:23 39:2,16 40:3
40:8,14,17,21
**numbered**  1:16

**o**

**o**  4:1,13,20 7:9,9
**oakland**  2:4
**objection**  26:13
27:23 36:2 37:6
38:10,17 40:10
**obtained**  39:1
**obviously**  33:25
**occasion**  9:16
**occur**  11:6 23:22
33:11
**occurred**  11:20 25:7
34:20
**offering**  15:16
**office**  3:8 10:18,20
10:21 14:22 20:7,18
20:21 22:9 24:21

27:6 38:21
**office's**  8:22
**officer**  11:1 43:18
**offices**  1:20 12:8
**official**  10:10,12,12
**oh**  9:13 16:9,22 19:7
21:19 22:4 26:24
32:12 34:12,22
35:19 39:6
**okay**  4:11,19,21 5:2
5:6,18,22 6:10,13
6:19,22,25 7:11,15
7:17,19,23,25 8:23
9:21 10:1 12:18,21
12:21,25 13:2,9,10
13:16,23,24 14:7,18
14:20 15:13,18,22
15:25 16:3,17,20,25
17:18 18:6 19:3
20:8,10,17 21:5,22
22:5,8 23:1,14,14
23:20,22 24:3,22,22
24:24 25:11,14,21
26:6,9,15 27:2,8,8
27:11,18 28:5 29:8
29:10,18 30:17,21
31:4,14,23 33:1
34:12,12,20,23 35:1
35:11 36:9,11,14,19
36:22 37:10,14,24
38:2,7,25 39:11,20
39:22 40:20 41:1,14
41:18,19,25
**once**  9:16 14:8 16:10
16:13 29:24 36:22
36:23 38:1,3
**one's**  40:5
**option**  15:16 18:1
**oral**  1:10,14 43:10
43:18
**order**  42:1
**outcome**  44:11
**overseeing**  28:11
**owner**  36:17

**p**

**p**  2:1,1 4:1 7:9
**p.m.**  1:17,18 22:7
41:10 42:3
**page**  3:6 13:12 14:2
14:20,21 15:2,2
44:2
**pages**  13:11
**paid**  36:25
**paper**  14:12,12,15
15:11 19:16 37:20
**paperwork**  37:12,13
37:23
**park**  2:4
**part**  10:12 12:19
**particular**  11:17
12:5
**parties**  44:7
**party**  43:23 44:4
**pass**  31:18
**password**  31:19
**pay**  14:1 37:24
**payment**  12:15,16
**people**  33:5 40:15
40:21
**person**  5:2 24:5,19
34:13,25 35:25
36:19 40:17
**personally**  36:10
39:6
**peruse**  28:16
**phone**  35:7,8,10,17
35:21
**pick**  9:12,13
**piece**  15:11
**place**  28:10
**plaintiff**  1:4,15 2:3
4:8 43:4
**please**  4:8,12,23
5:12
**plus**  18:1
**point**  17:24,25
18:11 25:22,24 37:2
37:16 38:21

**ponce**  2:9
**pops**  31:13
**position**  4:24
**possible**  15:16 26:9
26:20,21,25
**possibly**  25:23
**presence**  15:15
**present**  2:20 16:4
**pressed**  17:4
**pretty**  12:23 14:16
**print**  12:4 14:2 15:5
15:10 23:13 40:16
40:21
**printed**  26:4
**printer**  15:9
**prior**  32:15
**probably**  6:23 31:10
31:11,21 36:5
**problem**  7:18 10:19
12:6,11 17:6 18:4
29:16,20 30:7,10
**problems**  11:24
**procedure**  1:23
**proceeding**  44:8
**proceedings**  41:11
**process**  8:16 9:22
13:22 14:16 33:10
**produced**  1:14 5:7
**protection**  1:6 4:25
7:8 20:14 28:7 32:9
36:17,20 37:5,15
38:8 39:8,15 40:1,8
43:6
**protection's**  25:24
26:10 28:24 31:25
**provisions**  1:23
**public**  10:20 18:7
19:18,23 24:19
30:15
**pull**  38:22
**pulled**  16:24 30:16
**pursuant**  1:22 43:21
**pursue**  29:13
**put**  19:20 40:8,13,15

Page 50

[puts - started]

**puts** 27:20 39:15
**putting** 40:3

**q**

**question** 9:18 18:4
24:19,20 35:13,15
35:16,17,21 39:19
41:16
**questions** 41:12,20
41:23
**quick** 14:16
**quickly** 14:10,10

**r**

**r** 2:1 4:1 7:9 32:20
**rang** 35:21
**read** 26:18
**real** 8:21 32:19 33:2
33:24 34:3
**realized** 7:24
**really** 26:7 29:19
30:5 37:4
**reason** 28:16 31:15
**reasons** 44:2
**recall** 35:1 40:20
**receipt** 12:15 43:25
**receive** 19:16
**received** 6:16,18,19
6:23 12:2,3 13:13
13:17 28:11,13,20
29:24
**receiving** 40:20
**recess** 22:7 41:10
**recollection** 34:5
**record** 1:23 4:9 10:5
10:6,9,10 32:1
43:19 44:10
**records** 7:21 10:1
18:13 19:5,5,10
20:2,4,10,11,17,18
20:20,22 21:9 22:2
24:5 27:9,15,16,22
28:9
**registration** 15:5,7
15:10 16:8 44:20

**regular** 42:2
**regulation** 3:8 8:22
10:18 11:2 14:22
24:21 38:22
**regulator** 29:12
**related** 11:19 14:24
44:7
**relative** 44:9
**remember** 8:24 9:1
9:4,6,8,16,25 11:7
17:14,17 18:22,24
18:25 23:25 24:1
25:13 26:8 27:17
30:23 31:3,13,16,17
34:24
**renew** 5:24,25 6:2
12:1,5 15:4 24:9
25:5 34:7
**renewal** 6:2 8:12 9:2
9:19 22:18,22 24:4
24:18 31:18
**renewals** 22:14 23:7
**renewed** 7:1,3 8:3
16:3 25:19 27:5
29:14
**renewing** 13:23
**repeat** 26:16
**reported** 1:19
**reporter** 1:19 5:9,16
26:16,20,23 43:15
**reporter's** 3:5 43:10
**represent** 4:8
**representative** 8:20
**request** 8:9 20:10
40:21
**requested** 8:5 26:18
29:15 43:23 44:4
**requesting** 10:14
**rest** 21:2
**resulted** 33:10
**returned** 43:25 44:1
**right** 4:21 6:3,6,17
7:3,9,12 8:4,13
15:20,21,23 16:1,4
16:24 18:11 21:1

22:2 23:1,18 24:13
25:5,6 26:12 27:8
30:11,13,22 32:3,5
33:17 34:5,25 35:20
37:3,7,17,18,19
38:9,15 40:17,18
41:1
**ringing** 35:7,18
**rings** 35:3
**rio** 44:21
**road** 20:7
**rule** 4:2 43:21
**rules** 1:22

**s**

**s** 2:1 4:1
**saw** 32:16
**saying** 19:23 23:3
29:22
**says** 5:20 6:1 13:19
14:2,22 15:5,7,9
**scroll** 30:18
**search** 17:6 19:18
19:23 30:12,12,15
**searches** 30:15
**second** 4:14 15:2
30:16 41:3
**see** 4:21 5:18 8:11
13:8,11,14,19 14:1
14:25 15:2,5,8 17:7
19:22 22:20 24:10
24:12,16 26:4 27:25
28:17 33:12,14,14
34:2 36:7 39:11
**seen** 40:11
**send** 14:13,14 21:14
23:6 37:1,23 39:4
**sends** 14:5
**sent** 8:11 12:15 21:6
21:12,13 36:25
37:12,13 39:3,8
**served** 11:16,18
**service** 8:22 12:23
14:9 16:10,11,13,14
16:18 18:7,17 19:19

19:24 23:10,16 25:9
25:10 31:2,20 32:20
**services** 11:25
**session** 35:25
**set** 25:4 31:20
**sherone** 1:3 43:3
**shorthand** 1:18,20
43:14
**shortly** 11:16
**show** 5:11 10:1 27:9
30:14
**signature** 43:22
**signs** 36:19
**single** 28:16
**sir** 5:5,21 12:17
13:15 14:23 23:5,17
25:2 36:15
**somebody** 32:19
**soon** 15:15
**sorry** 4:14 5:14 10:7
11:13 16:15 26:15
31:3 33:7 35:6,12
35:19,23 37:9 39:6
39:7 41:2,8
**southern** 1:1 43:2
**speaking** 8:18
**specific** 31:24
**specifically** 17:16,17
34:10
**spell** 7:13
**spelled** 7:9 15:20,25
16:7,9 17:12 18:16
25:25 26:22 28:8
31:25 36:1
**spelling** 4:12 7:5
9:14 18:12 26:5
28:11 31:6 32:23
33:11 35:5
**spells** 7:12 27:21
**spoke** 29:25
**start** 7:6 11:11
16:12 20:12
**started** 11:14 12:23
16:10,13,13 18:17
23:10 24:2 25:22

[started - yesterday]

27:3 29:6
**state** 1:19 4:8 5:22
6:18 7:19 11:19
12:5 16:14 17:11,23
18:11 19:14 21:6
23:3 24:7,20 27:9
27:20 28:8 29:25
31:6 32:1 33:8
34:14 36:23,24
38:11 43:15
**state's** 9:19
**stated** 1:23
**statement** 13:5
15:19 40:5
**states** 1:1 9:17,17,23
14:11 25:15 43:1
**stating** 28:12
**step** 15:4,4,5
**steps** 37:25
**streamline** 25:16
**strictly** 33:21,21
**styled** 1:16
**subscribed** 44:12
**subsequent** 22:25
**succinct** 14:19
**suite** 1:21 2:4,9
44:21
**sure** 15:14 18:15
22:15,21,22 26:7
27:19 28:3,7 29:7
31:17
**switched** 23:23
**sworn** 1:16 4:4
43:17 44:12
**system** 8:21 25:1,4
25:22 32:20,20 33:2
33:25 34:3

**t**

**t** 7:9,9
**take** 21:25 22:2 41:3
41:7
**taken** 1:16 22:7
41:10 44:9

**takes** 5:3
**talked** 29:12 32:19
32:21
**talking** 15:11 18:14
18:15 20:22 30:24
35:8
**tammy** 1:18 43:14
44:19
**technical** 34:13
35:25
**telephone** 2:5,10
11:3 35:3
**tell** 9:19 21:7,21
26:17 30:10
**telling** 5:23 21:22
25:4
**testified** 4:4
**testimony** 43:19
**texas** 1:19,22 20:9
43:15 44:19,21
**thank** 5:15 22:5
35:11 41:20,21
**therefor** 44:3
**thing** 5:19 13:16
19:23 31:12 33:4,23
36:5,12,13
**things** 19:22 23:2
**think** 5:9 17:3 19:12
23:24 25:10 28:2
29:11 30:10,24,25
33:15 35:7,15 41:3
41:17,19
**three** 14:3
**time** 6:2 7:4,20 16:6
17:14,15 18:14
20:15 22:20 27:19
28:7 29:14 30:8,21
31:8 35:4
**times** 9:15 17:11
**today** 10:8
**told** 10:4,22,25
16:22 17:12
**top** 14:21
**transcript** 42:2
43:18 44:1

**true** 43:19
**trying** 11:17,25
24:23,23 25:16
33:15
**turn** 35:19
**two** 14:3,14 19:22
41:7
**typo** 10:14 36:12
**typoed** 18:18
**typos** 7:16 36:6,10

**u**

**uh** 10:16 12:13
16:25 18:6 19:21
20:1,3 34:15 36:11
38:6 39:25
**unbelievable** 14:4
**understand** 5:6
29:22 38:20 39:13
40:13
**understanding**
25:21 27:11 29:19
**understood** 35:15
**united** 1:1 9:17 43:1
**unusual** 12:1
**usually** 36:6

**v**

**v** 1:5 43:5
**validly** 37:16
**verify** 12:1
**videoconference** 2:3
2:8
**volume** 1:12 43:12

**w**

**w** 4:13,20
**wait** 4:14 14:14
**waived** 4:2
**walk** 12:8 33:9
**walked** 8:15,16
32:21
**want** 23:25 24:1
37:24 41:2,4
**water** 11:12

**way** 7:11,13 17:21
28:4
**ways** 16:24
**welcome** 5:16
**went** 34:1,7 35:24
**witness** 1:15 5:13
11:12 22:4,6 26:19
26:21,24 28:1 35:8
43:17,20
**word** 7:8 28:16
**work** 39:12
**working** 12:7 31:21
**written** 10:11
**wrote** 10:3

**x**

**x** 3:1 44:4

**y**

**yarbrough** 2:3 3:4
4:6,7 5:11 21:24
22:5,8 26:16 35:11
41:2,8,12,18,22,25
**yarbrough's** 35:3
**yeah** 19:9 22:15,19
23:21 26:1 32:5,11
34:24 35:20 38:1
**year** 6:5,11,12 7:2
9:3,5,7,9,20,23 11:8
12:12,22 14:8 16:3
18:23,23 20:24 21:4
21:4 22:23 23:4
24:2,9 27:2,6 29:2
33:12,15,18,19 34:6
34:7,21,21
**yearly** 6:2
**years** 8:14 16:4
17:24 18:16 22:5
22:25
**yesterday** 5:8

EXHIBIT "E"



**FINANCIAL SERVICES**
**COMMISSION**

CHARLIE CRIST
GOVERNOR

BILL MCCOLLUM
ATTORNEY GENERAL

ALEX SINK
CHIEF FINANCIAL OFFICER

CHARLES BRONSON
COMMISSIONER OF
AGRICULTURE

OFFICE OF FINANCIAL REGULATION

J. THOMAS CARDWELL
COMMISSIONER

CREDIT PROTECTON ASSOCIATION LP
13355 NOEL RD
STE 2100 ATTN: JUDI CHMIELOWIEC
DALLAS, TX  75240

IMPORTANT RENEWAL NOTICE

Consumer and Commercial Collection Agency Registration Renewal for 2010
Deadline: Midnight, Eastern Time, December 31, 2009.
Consumer Collection Agency Renewal Fee: $200
Commercial Collection Agency Renewal Fee: $500

All Consumer and Commercial Collection Agencies may renew electronically through the REAL System. The deadline for the Office to receive your non-refundable renewal fees is midnight, December 31, 2009. All registrations not renewed by the deadline will automatically expire.

Step One: Login to the REAL System and/or Register to Use Online Services

- Go to: www.flofr.com/real
- Click the word here where it reads "To log into the REAL System, click here."
- If you have never created an account, select the link - Register to Use Online Services. If you already have an existing account but have not associated your registration, select the link Returning User and proceed to Step Two.
- Complete the "Create Online Account" form. Record your user name and password for future use.
- Click Submit
- Select the link "Proceed to Login to OFR Online Services"
- Login to the Online Services and Access your Workspace and proceed to Step Two.

Step Two: Associate Your Registration to a User Account

If you have already created an account and associated your registration to your user account, proceed to Step Three.

The term Associate on this notice refers to the act of linking your registration to a REAL Online User Account. If you applied online through the REAL System after January 20, 2009 your registration was automatically associated to the User Account used at the time, you may skip to Step Three.

Continuing from Step One, you will see the following message:

⚠ ASSOCIATE YOUR LICENSES: You currently have no licenses associated with this account. If you would like to associate a license with this account, click here.

(Continue to the reverse side)

● ● ●
100 EAST GAINES STREET, TALLAHASSEE, FLORIDA 32399-0376
(850) 410-9895 • FAX (850) 410-9914
Affirmative Action / Equal Opportunity Employer

12/7/09

Step Two (Continued)

Click this word here then follow these instructions:

- Enter your Authorization Code (43111), the FEID# associated with your registration, and select the appropriate registration type.
- Confirm and validate the registration you are about to associate to your User Account is correct.
- Once you have completed this process – Select "Return to My Workspace"
- Follow the renewal instructions from **Step Three.**

Step Three:  Renew your registration

Continuing from prior steps you will see the following message:

 **RENEWAL NOTICE:** You have licenses and/or associated branches eligible for renewal. Please click here to renew.

Click the word here then follow the prompts.

Once renewed, print the confirmation page for your records.

Step Four:  Print Registration

A new registration will **NOT** be mailed to you.

- From the main page (Workspace), click on "View License(s) and Manage Details."
- To the right of your license summary, click on "View/Manage license."
- Click on **printer friendly license** and print your registration.

If you need assistance with using the REAL System, the Office has staff available to provide guidance and support. You may contact the Office at 850-410-9895.

Bureau of Regulatory Review - Finance
Office of Financial Regulation

# Filing Confirmation 

Please print this information and retain it for your records. This is your receipt of your license Renewal.

**Confirmation Details:**

| | |
|---|---|
| Transaction Number: | 1454 |
| Payment Confirmation Number: | 25771169 |
| Payment Amount: | $200.00 |
| Filing Submit Date: | 12/7/2009 |

Your filing has been submitted to the Office of Financial Regulation for processing.

Print This Page      Finish >>

Judi Chmielowiec

| | |
|---|---|
| From: | Florida Office of Financial Regulation [real.system@flofr.com] |
| Sent: | Monday, December 07, 2009 11:37 AM |
| To: | judic@creditprotect.com |
| Subject: | Office of Financial Regulation - Filing Confirmation |

Below are the confirmation details for your online filing:

Transaction Number: 1454
Payment Confirmation Number: 567473-25771169
Filing Submit Date: 12/7/2009 12:36:36 PM

1



THE LICENSEE IDENTIFIED BELOW IS AUTHORIZED TO CONDUCT BUSINESS AS INDICATED
BY THE LICENSE TYPE.

LICENSE TYPE:                    Consumer Collection Agency

LICENSE NAME:                   CREDIT PROTECTON ASSOCIATION LP
DBA NAME:

ORIGINAL DATE OF LICENSE:       5/30/2003
LICENSE NUMBER:                 CCA0900251
LICENSE EXPIRATION DATE:        12/31/2010

LICENSE MAIN ADDRESS:
STREET:                         13355 NOEL RD
                                STE 2100 ATTN: JUDI CHMIELOWIEC
CITY:                           DALLAS
STATE:                          TX
ZIP CODE:                       75240