UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  11-80604-Civ. – Marra/Johnson

SHERONE C. JOHNSON,

      Plaintiff,

vs.

CREDIT PROTECTION ASSOCIATION, L.P.,

      Defendant.
_____/

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S
SECOND MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION
TO DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT**

Defendant, CREDIT PROTECTION ASSOCIATION, L.P. ("CPA"), by and through its attorneys, hereby files its Response in Opposition to Plaintiff's Second Motion for Extension of Time to File Opposition to Defendant's Motion for Final Summary Judgment, states as follows:

1.    Defendant filed its Motion for Summary Judgment on May 16, 2012 [DE 34].

2.    Plaintiff Response to the same was due on June 4, 2012.

3.    On May 31, 2012, Plaintiff requested a 2 week extension of this deadline to June 18, 2012 "due to the press of other business, as well as multiple conflicting deadlines."  [DE 35]. Defendant did not oppose this request.[1]

4.    On June 18, 2012, Plaintiff filed a Second Request for Extension of his response to summary judgment deadline.  [DE 35.]  Plaintiff again seeks two weeks, to July 3, 2012.  [DE 35].

---

[1] Defense counsel has not opposed any extension request made by Plaintiff's counsel to date, including the rescheduling of Plaintiff's deposition and extension of discovery deadline to allow for the same.  Plaintiff's counsel, in contrast, has refused to agree to any and all requests made by defense counsel in this case.

Case No. 11-80604-Civ.

5.      In his motion, Plaintiff states that he contacted Defendant regarding its consent to this second request for extension, and Defendant did not reply.  Plaintiff's counsel sought Defendant's response on June 18, 2012, hours before filing this motion.

6.      Defendant opposes Plaintiff's second request for a two week extension. Defendant agreed to an initial two week extension, providing sufficient time for Plaintiff to file a response to its Motion for Summary Judgment.  Plaintiff's repeated extensions are unreasonably delaying this case, which is set for trial in September 2012.

7.      Further, Plaintiff appears to assume that this Court will grant his repeated requests for extension which he files on the date his response to Defendant's Motion for Summary Judgment is due.  Such requests have inconvenienced defense counsel, who has repeatedly scheduled "other conflicting deadlines" in a manner to accommodate these requests.

WHEREFORE, Defendant, CREDIT PROTECTION ASSOCIATION, L.P., respectfully requests this Honorable Court deny Plaintiff's second request for extension to respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

*s/Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 493767
Hinshaw & Culbertson LLP
2525 Ponce de Leon Boulevard, Suite 400
Coral Gables, FL   33134-6044
bfernandez@hinshawlaw.com
Attorney for Defendant, Credit Protection
Association, LP

14692794v1 0925507

Case No. 11-80604-Civ.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 2, 2012, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day, in the manner specified above, on all counsel of record identified below.

Donald A. Yarbrough
2000 E. Oakland Park Boulevard
Suite 105 P.O. Box 11842
Fort Lauderdale, FL  33339
don@donyarbrough.com

*s/Barbara Fernandez*
Barbara Fernandez