UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-80604-Civ-Marra/Hopkins

SHERONE C. JOHNSON,

    Plaintiff,

v.

CREDIT PROTECTION ASSOCIATION, L.P.,

    Defendant.
_____/

**PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION FOR FINAL SUMMARY JUDGMENT ON THE ISSUE OF CONSENT**

Plaintiff, Sherone C. Johnson, files this Supplemental Opposition to Defendant's Motion for Summary Judgment (DE 34) and, in support thereof, states as follows:

Because Plaintiff is the non-moving party, the Court must construe all facts and make all reasonable inferences in Plaintiff's favor. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 255 (1986). Defendant has not come forward with a single fact contradicting Plaintiff's testimony that he provided his cellular telephone number to Comcast for the sole purpose of being contacted regarding the installation. Plaintiff testified that he gave his telephone number to a Comcast employee, "So the guy could call to tell me when if I would have to be home for the installation." Plaintiff's Deposition, page 22 lines 17-18. Plaintiff consistently testified throughout his deposition to the fact that he provided his number solely for the purpose of the cable installation employee being able to call to make sure that somebody was home for the installation. Plaintiff's Deposition, page 24 line 12 to page 25 line 11. Importantly, in Defendant's Reply in Support of its Motion

(DE 44), Defendant couches Plaintiff's testimony as "subjective intent" and argues that it is entitled to the inference that there were no directions limiting Comcast's use of the telephone number. As the non-moving party, however, Plaintiff is entitled to inferences in *his* favor, and from Plaintiff's testimony a reasonable jury could infer that Plaintiff did in fact give instructions limiting the use of his number. Defendant has not come forward with any evidence whatsoever to contradict this fact, and as such, Defendant's Motion should be denied.

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        don@donyarbrough.com

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-80604-Civ-Marra/Hopkins

SHERONE C. JOHNSON,

    Plaintiff,

v.

CREDIT PROTECTION ASSOCIATION, L.P.,

    Defendant.
_____/

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on November 6, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/Donald A. Yarbrough
                                          Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF